IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>TOMMY SAMUEL BASCO | Case No.: 17-cr-00120-S-BLW<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(X) ad Prosequendum          ( ) ad Testificandum

Name of Detainee: Tommy Samuel Basco

Custodian: Idaho State Correctional Institution, Unit 15     City: Boise     State: Idaho

Detainee is: (X) charged in this District by <u>Indictment</u>
or
( ) is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on: <u>July 13, 2017 at 10:15 a.m.</u>

Before: <u>Judge Mikel H. Williams</u>
(Judicial Officer)

Dated: <u>June 26, 2017</u>

_____
BRYCE B. ELLSWORTH
Special Assistant United States Attorney

Writ of Habeas Corpus

(X) ad Prosequendum          ( ) ad Testificandum

The application is GRANTED and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause. At the conclusion of these proceedings, the United States Marshal's Service shall return the detainee to the above-named custodian.

Dated: <u>June 26, 2017</u>

_____
Honorable Mikel H. Williams
United States Magistrate Judge