BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TOMMY SAMUEL BASCO,<br><br>Defendant. | Case No. 17-cr-00120-S-BLW<br><br>**GOVERNMENT'S NOTICE OF SENTENCING ENHANCEMENT** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorneys for the District of Idaho, pursuant to Title 21, United States Code, Sections 851 and 841(b)(1)(A), allege that the defendant's prior felony drug offense conviction, subjecting him to increased punishment, is as follows:

1. On or about May 2, 2008, in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, in case number H0800337, the defendant, Tommy Samuel Basco, present with counsel, was convicted of the crime of possession of a controlled

GOVERNMENT'S NOTICE OF SENTENCING ENHANCEMENT - 1

substance with the intent to deliver, in violation of Idaho Code Section 37-2732(a), a felony drug offense, as defined by 21 U.S.C. § 802(44), for which he was sentenced to a term of imprisonment not to exceed seven years.

This information serves as the defendant's notice under 21 U.S.C. § 851.

Respectfully submitted this 25th day of April 2018.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

/s/ Bryce B. Ellsworth
BRYCE B. ELLSWORTH
Assistant United States Attorney

JUSTIN D. WHATCOTT
Assistant United States Attorney

GOVERNMENT'S NOTICE OF SENTENCING ENHANCEMENT - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2018, the foregoing **NOTICE OF SENTENCING ENHANCEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Mark J. Ackley<br>702 W. Idaho St, Suite 1000<br>Boise, ID 83702<br>mark_ackley@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Melissa Winberg<br>702 W. Idaho St, Suite 1000<br>Boise, ID 83702<br>melissa_winberg@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

                                                            /s/ Christy Gunderson
                                                            Legal Assistant