Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Mark J. Ackley
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, ID 83702
Telephone:   (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
TOMMY SAMUEL BASCO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR17-120-S-BLW |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | DEFENDANT'S MOTION |
| vs. | ) | TO CONTINUE |
| | ) | SENTENCING HEARING |
| TOMMY SAMUEL BASCO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Mark Ackley, being first duly sworn upon oath, deposes and says:

1.  I am an attorney with the Federal Defender Services of Idaho and am licensed to practice in the United States District Court for the District of Idaho.

2.  My office was previously appointed to represent Mr. Basco in this matter. I am counsel of record.

3. On May 23, 2018, Mr. Basco pleaded guilty to count one of the superseding information pursuant to a sealed plea agreement with the Government wherein the parties stipulated to a ten (10) year sentence to run concurrent with an undischarged sentence in state court. The Court scheduled sentencing for August 14, 2018. Additionally, the Court scheduled deadlines for preparation of the presentence report (PSR), and the parties' responses thereto.

4. The defense respectfully requests the Court to continue Mr. Basco's sentencing hearing for thirty (30) days, as additional time is needed to complete the presentence investigation. Specifically, the Probation Officer agreed to conduct the presentence interview at a time that would accommodate undersigned counsel's previously-scheduled vacation plans. However, this accommodation, in conjunction with the increasing number of cases pending in this federal district, has led to the need for a short continuance to complete the presentence investigation, including the presentence interview of Mr. Basco.

5. In connection with this request, I have spoken to the U.S. Probation Officer, Nate Hudson, who has no objection. I also contacted counsel for the Government, Bryce Ellsworth, who was unable to provide the Government's position at the time.

6. I certify that this motion is brought in good faith and not for any purpose of improper delay. Given that Mr. Basco has entered a guilty plea, there are no speedy trial issues raised by this motion. Accordingly, I respectfully request the Court to continue his

sentencing hearing for thirty (30) days and to set new deadlines for the preparation of the presentence report (PSR) and the parties' responses thereto.

Dated: June 28, 2018

Respectfully submitted,
SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:

/s/Mark Ackley_____
Mark Ackley
Samuel Richard Rubin
Federal Defender Services of Idaho
Attorneys for Defendant
TOMMY SAMUEL BASCO