1           **UNITED STATES DISTRICT COURT**

2             **DISTRICT OF IDAHO**

3   UNITED STATES OF AMERICA        )
                                    )   CASE NO. 1:17-cr-00120-BLW
4               Plaintiff,          )
                                    )   **SENTENCING**
5           vs.                     )
                                    )
6                                   )
    TOMMY SAMUEL BASCO,             )
7                                   )
                Defendant.          )
8   _____ )

9

10              **TRANSCRIPT OF PROCEEDINGS**
         **BEFORE THE HONORABLE B. LYNN WINMILL**
11      **MONDAY, SEPTEMBER 24, 2018; 10:10 A.M.**
                  **BOISE, IDAHO**

12

13   **FOR PLAINTIFF**
          Bryce Ellsworth
14        Justin Whatcott
          US ATTORNEY'S OFFICE
15        Washington Group Plaza IV
          800 Park Blvd., Ste. 600
16        Boise, ID 83712-9903

17   **FOR DEFENDANT**
          Mark James Ackley
18        Melissa Dawn Winberg
          FEDERAL DEFENDER SERVICES OF IDAHO, INC.
19        702 W. Idaho Street, Ste. 1000
          Boise, ID 83702

20

21
    Proceedings recorded by mechanical stenography, transcript
22  produced by computer.

23  _____

24          **TAMARA I. HOHENLEITNER, CSR 619, CRR**
            FEDERAL OFFICIAL COURT REPORTER
25        550 WEST FORT STREET, BOISE, IDAHO  83724

2

1                          **I N D E X**

2                    **SEPTEMBER 24, 2018**

3

    **Proceedings**                                    **Page**

4

            Victim Impact Statement of Charles Chambers......    7
5           Victim Impact Statement of Kelton Chambers.......    8
            Victim Impact Statement of Allison Chambers......    9
6           Recommendations by the Government................   14
            Recommendations by the Defense...................   18
7           Court's comments and Sentencing..................   23

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

P R O C E E D I N G S

September 24, 2018

1   THE CLERK:  The court will now hear Criminal Case

2   17-120, United States of America vs. Tommy Samuel Basco, for

3   sentencing.

4   THE COURT:  Good morning, Counsel.  Give me just one

5   moment.

6   Mr. Basco entered a plea of guilty to Count 1 of the

7   superseding information.  The court ordered a presentence

8   investigation report, which has been provided to court and to

9   counsel.

10   The plea agreement in this case stated that it would be

11   binding upon the court pursuant to Rule 11(c)(1)(C), and it's

12   based upon -- although the agreed-upon sentence is longer than

13   the guideline range, that does not take into account the benefit

14   to the defendant of dismissing the indictment and the charge

15   there, which I think carried a mandatory at least 10-, might be

16   20-year prison sentence.

17   MR. ELLSWORTH:  20 years, Your Honor.

18   THE COURT:  20-year prison sentence.

19   I have reviewed the plea agreement and find that it is

20   acceptable under all the circumstances as set forth in the

21   presentence report and the sentencing recommendation.

22   And I, therefore, will now advise Mr. Basco that, pursuant

23   to Rule 11(a), that the agreed-upon sentence will be accepted

4

1      and imposed by the court.

2           In addition, the plea agreement contained an agreement to

3      dismiss the original indictment.  I will find that Mr. Basco's

4      plea of guilty to Count 1 of the superseding information,

5      coupled with the agreed-upon sentence that the parties are going

6      to recommend and have stipulated to, adequately reflects the

7      seriousness of the crime committed.  I'll, therefore, grant the

8      government's motion to dismiss the original indictment and will

9      accept the plea agreement.

10          Now, with that background, let me just confirm.

11          Mr. Basco, you've had a chance to review the presentence

12     report, I trust?

13               THE DEFENDANT:  Yes, Your Honor.

14               THE COURT:  Okay.  And, Mr. Ackley, you can confirm

15     you have gone over the report with your client?

16               MR. ACKLEY:  I have, Your Honor.

17               THE COURT:  There were no objections filed to the

18     presentence report.  I'll, therefore, adopt the presentence

19     report as my own findings in this matter.

20          At this time, Counsel, I'll hear whatever arguments and

21     recommendations you may want to present.  I understand that

22     there may be three, I believe, individuals who may want to offer

23     victim impact statements to the court.

24          So, Mr. Ellsworth, if you would include that as part of

25     your argument and presentation.

1        MR. ELLSWORTH:  That is correct, Your Honor.  I had

2   one other issue to address before that, if it's okay.

3        THE COURT:  Yes.

4        MR. ELLSWORTH:  Your Honor, at the change of plea

5   hearing -- or after the change of plea hearing defense counsel

6   rightly pointed out that the plea agreement that was submitted

7   to the court at that time had not -- was wrong.

8        In ECF Document 41, the government filed a motion to

9   correct the plea agreement and attached the original plea

10  agreement that was signed by all three parties.  I'm not sure if

11  the court had a chance --

12        THE COURT:  I have not.  I admit -- I apologize; I

13  didn't catch that.  So could you tell me, what does that change?

14        And I assume that your filing is agreed to by the defense.

15        MR. ACKLEY:  That's correct, Your Honor.

16        MR. ELLSWORTH:  And I just want to make sure it's

17  addressed before the defendant proceeds.

18        Your Honor, essentially what happened was in the process of

19  this negotiation, the plea agreement went back and forth between

20  both parties multiple times.  The defendant ultimately signed a

21  version of the plea agreement in which they made some

22  handwritten edits.  The government asked permission to correct

23  those edits formally in the final plea agreement, and we did so.

24  But in doing so, we reverted back to an older plea agreement

25  that did not have two conditions in it.

6

1          And so in ECF Document 41, the government filed the

2     original plea agreement and signed it as originally edited by

3     the defendant and signed by the defendant, just so that was in

4     the record.  And I can read for the court the two items that

5     were not included in the plea agreement that was initially filed

6     with the court.

7          THE COURT:  I'm not sure that's even necessary as long

8     as Mr. Ackley is in agreement that those two provisions need to

9     be added and those are properly reflected in the motion that

10    Mr. Ellsworth has submitted.

11         MR. ACKLEY:  Yes, Your Honor.  We agree that it's

12    properly reflected and is properly filed.  There is no reason

13    for it to be read into the record.

14         THE COURT:  All right.  I'll just grant, then, the

15    request that the plea agreement be amended as requested in your

16    written motion and as stipulated to by the defense.

17         MR. ELLSWORTH:  Thank you, Your Honor.

18       Your Honor, the government would like to present the victim

19    witness -- victim testimony from Chip Chambers, Kelton Chambers,

20    and Allison Chambers at this time.

21         THE COURT:  All right.  You can either have them step

22    to the microphone -- I'm not sure if it works -- or they can

23    come to the lectern, whatever is most convenient.

24         MR. ELLSWORTH:  I think we have prepared this

25    microphone for that purpose.

1          THE COURT:  All right.  Very good.

2          MR. CHARLES CHAMBERS:  How this crime against my son

3     has impacted my life, by Charles Chambers.

4          To begin with, my grief is so overwhelming, it is crushing.

5     I have so much regret, remorse for things I'll never get to do

6     with my son Peyton.  Things we dreamt about and talked about,

7     will never happen -- fishing in Oregon, vacations in Florida,

8     football, baseball, and basketball games we will never attend

9     together.

10          It has affected me physically and mentally.  I do not sleep

11     well now.  Constant bad dreams.  For the first six months after

12     Peyton died, I would wake up in the middle of the night to the

13     sound of Peyton crying in my closet.  I wasn't able to eat

14     properly.  I had no appetite.  I could not think or process as I

15     was able to before Peyton died.  And because of this, in

16     particular, I lost my job in March of 2017.

17          In April of 2017, I moved to Oregon because I couldn't be

18     in Boise anymore -- too many memories of Peyton.  And I've had

19     trouble finding gainful employment.  I don't work well with

20     people now.  I have become so depressed, I don't believe I will

21     ever be the same.

22          I feel like I'm a bad father, that I wasn't able to protect

23     my son Peyton from the monsters of this world, which brings me

24     to Mr. Basco.

25          There is a part of me that hopes that you will take this

8

1     time and change your life and outlook on life, that you get out

2     and you're a better person.  The rest of me believes that you

3     will never change, that you have no remorse for what you have

4     taken from me.  That is what I'm betting on, that you will get

5     out and still be the monster and killer that you are today.

6     Prove me wrong.  Prove everybody wrong.

7          It really doesn't matter to me anymore.  You were bound to

8     kill someone's daughter or son.  I just drew the shortest straw.

9     You get to figure out how to redeem yourself.  I would like to

10    see you try it.

11              THE COURT:  Thank you.

12         Could you state your name for the record.

13              MR. KELTON CHAMBERS:  Kelton Chambers.

14              THE COURT:  How do you spell your first name, just to

15    help the court reporter?

16              MR. KELTON CHAMBERS:  K-E-L-T-O-N.

17              THE COURT:  Thank you.

18              MR. KELTON CHAMBERS:  I didn't take the time to write

19    it; I could have, but I would just rather speak to my heart.

20         Peyton was my only brother, my only full brother.  I have

21    half brothers and half sisters but only one brother or any

22    sibling that came from the same mom and same dad.  He is the

23    only person that has ever been there since I was born.

24         He took care of me.  He taught me how to do everything;

25    taught me how to live my life, how to play games, how to be a

1    man.  No one was there for me like him.  He has always been

2    there for advice.  Now when I need advice, I don't have anyone

3    to go to.  That's who I would call.  Now I don't have anyone to

4    call.

5         I used to eat good, sleep good, and live well.  Now I

6    hardly eat, sleep.  I'm a totally different person than I used

7    to be.  I used to want peace in everything, and now everyone

8    knows that I'm an angry person, and I have anger build inside of

9    me.

10        There are so many things I wish I could have done with him

11   in the rest of our lives that we planned that I'll never get to

12   do.

13        I just -- I just want to tell everyone how it's impacted me

14   and that it is not a good thing in my life now.  I don't think I

15   will ever be the same person that I used to be.  And I just wish

16   you guys would pick a better sentencing because the shit ain't

17   right.

18             THE COURT:  Okay.  Thank you.

19        I apologize, but could you spell your name.

20             MS. CHAMBERS:  Allison, A-L-L-I-S-O-N.

21        As I prepared my statement for today, I went over it

22   several times to cut things out and shorten it down.  But at the

23   end, I felt like this is my only chance to speak for my child,

24   who can no longer speak for himself.  And if everyone in this

25   courtroom has to sit here and listen to me tell you about him,

1    then that's what I need to do.

2        One month from today will mark the two-year anniversary of

3    the day my child took his last breath.  I have spent 700 days

4    crying for my child, 700 days without hearing his voice, 700

5    days without being able to call and tell him I love him or feel

6    his arms wrap around me, hug me tight, 700 days I have awoken to

7    this nightmare that doesn't end.

8        I have had an empty seat at my table for two Thanksgivings.

9    Two Christmases, I haven't been able to put a gift under the

10   tree for him.  I have done my best to celebrate the day of his

11   birth the last two years, knowing he will never be here to

12   celebrate with us and blow out those candles or make a wish.  I

13   will never see him smile again or hear him call me "Mom."

14       I have held onto every single memory of him like a

15   lifeline, because it's all I have left of him.  I have lost a

16   part of me I could never get back.  The pain doesn't get any

17   easier, and I don't miss him any less.

18       At 19 years old, he was only beginning to live his life.  I

19   will not get to watch him grow into a man, live out his

20   ambitions and dreams, meet the love of his life, or have

21   children of his own.

22       Before Peyton was even two years old, he amazed us all with

23   his intelligence and ability to articulate his thoughts,

24   memorize the lengthy books, and his love of adventure.  From the

25   get-go, he was so astounding and outgoing and brave.  He didn't

1    have a shy bone in his body, and nothing seemed to scare or

2    intimidate him.

3         As he grew, he began to manifest the deeper evidences of

4    his character that made him unique and beloved -- his genuine

5    kindness, warm humor, loyalty, thoughtfulness, and wisdom about

6    life.

7         He gave the kind of hug you couldn't forget, because when

8    he wrapped his arms around you, you truly felt his love for you.

9         He loved being active and outdoors.  He loved camping,

10   hiking, fishing, and the ocean, where he spent much of his time.

11        He filled his childhood with friends and sports, playing

12   competitive soccer, baseball, lacrosse, swim team, ballroom

13   dance, scouts, of course, and longboarding.

14        Peyton was the kind of friend that anyone would want to

15   have.  He made friendships easily but valued them greatly.

16   Loyalty was something Peyton highly treasured, as evidenced by

17   the way he talked about his relationships.

18        He thought it very important if you were going to be a

19   friend, to really be a friend.  That meant to be there for them,

20   no matter what it might cost you.

21        Peyton recognized his need for help and the necessity of

22   leaving the crowd he had associated himself with in Boise.  Less

23   than a month prior to his death, he called me.  And despite the

24   fact that it was very difficult to tell me what he had chosen to

25   involve himself in, he offered complete and total honestly.

1     He was not depressed, as one may assume one would be in his

2     situation.  He was self-aware of his addiction and saw a light

3     at the end of the tunnel with a plan to get there.  He was

4     determined to get the money together to repair his car in order

5     to drive it to Salt Lake City, where I live, rather than pick up

6     and just leave.

7     When I questioned him why his material stuff mattered to

8     him at a point, he explained to me in a text message -- and I

9     quote -- "I have to have my car, Mom.  It's a personal thing.  I

10    traded my Tahoe for that car.  I worked my ass off to get that

11    Tahoe.  That car is a reminder to myself of my hard work.  It is

12    the last thing I have of my material things I got during the

13    time I was clean this year, and it is a reminder I can do it

14    again."

15    Less than 20 days after that conversation, he picked up his

16    car from the mechanic, called me at work to let me know he would

17    soon be on his way to Salt Lake City, packed his belongings and

18    said his goodbye to his father and family he had in Boise and

19    made one last stop.  As an individual who understands addiction,

20    I can only assume it was the common addict's one last high.

21    The actions that ended my son's life October 24, 2016, were

22    not of those for concern for another human being but, rather, an

23    attempt at self-preservation by the defendant.

24    Out of fear of facing the consequences for his own actions,

25    he injected methamphetamines into Peyton's arm rather than call

1    911, drop him off at a hospital, or any other options that were

2    available to him.  Peyton, at that point, was nothing short of a

3    liability to him.

4        In his statements, he has tried to exonerate himself,

5    saying he was trying to save my child.  But as a room full of

6    intelligent adults, I think we all know that was not the case.

7    At the age he is, you know it's not how you save somebody.  You

8    know that's not what you do for someone whose life you value.

9        My child knew no peace the last moments of his life and had

10   no one with him who loved him.  Even upon my son's death, there

11   was no show of remorse.  Mr. Basco's behavior was cold and

12   callous.

13       My son's car was ransacked, his worldly belongings taken,

14   his body kept at Mr. Basco's house for almost two days before he

15   proceeded further to relocate his body, to set it up to look

16   like my son had been doing drugs and overdosed in his car alone.

17   By definition, that is nothing short of calculated and, in my

18   opinion, deplorable.

19       He has now weaseled his way into a plea bargain based upon

20   statements that my son also used meth as part of his addiction.

21   The fact of the matter remains that my child was alive before he

22   did that and died after.  I don't care if, scientifically, you

23   can't prove how much he injected or how much was already in my

24   child's body.  He was breathing and his heart was beating before

25   this man did this.

1       There is no part of me that wants to offer him any mercy.

2   There has been no point in this investigation, in the last court

3   proceedings that he has exemplified any sort of remorse for what

4   he did, that he has any kind of understanding of what he has

5   taken from me and my family.

6       He comes in here with a smirk on his face.  And I'm just

7   sickened by the fact that his concern is not what he has done in

8   this life to somebody else's life, but how short of a sentence

9   he can get to get out of it.

10      There are no amount of "I'm sorry's" that will ever take

11  this back or bring my child back to me or to make me feel any

12  better about what has happened.  And just like I have lost

13  something that is a part of me that I can never get back, I feel

14  he, too, should have to pay a price; and this should be painful

15  for him, and this should not be easy.

16      I understand part of the plea bargain that he was given is

17  that his time between the state and federal charges are to be

18  ran concurrent.  If I can do nothing else but to implore the

19  courts to please at least run these sentences consecutive.

20  That's the least you can do for myself and my family.  I'd ask

21  that you do that.

22          THE COURT:  Mr. Ellsworth.

23          MR. ELLSWORTH:  May it please the court.

24      Your Honor, the government is asking that the court

25  sentence the defendant pursuant to the plea agreement in this

1    case today, that he receive 120 months concurrent with his state

2    conviction and with that beginning on today's date.

3           We also ask that you order that the defendant serve 3 years

4    of supervised release upon completion of that and that

5    restitution be ordered to Allison Chambers for $5,769.62, that

6    the government also asks for $100 special assessment.

7           Your Honor, in coming to this plea agreement, this case is

8    about Charles Peyton Chambers.  In October of 2016, he had

9    packed his bag.  He had prepared to leave Boise, and he was

10   ready to start anew.

11          He was a recent graduate from high school, and he had

12   goals, and he was looking forward to trying to accomplish those

13   goals.  He had discussed those goals with his family, as you've

14   heard.

15          Unfortunately, he was also suffering from a heroin

16   addiction.  This addiction was one of the main reasons Peyton

17   had packed his bags and was prepared to leave.  He was trying to

18   get out of the atmosphere and out from under the influences that

19   had aided him in this addiction, and it's why he wanted to

20   do -- that's why he wanted a new start.

21          In preparation for that, he had fixed his car, he packed

22   his bags, he had said goodbye.  He had made a choice to try and

23   change, and he was looking forward to that new opportunity.

24          Unfortunately, Peyton made one last stop before he left

25   town.  He wanted to say goodbye to a girl, and so he went to

1    where she was at, which was at Mr. Basco's house.  Peyton

2    stopped there to say goodbye and to leave town; but,

3    unfortunately, he never left.

4         Based on information discovered while prepping this case

5    for trial, it was clear that Peyton did have not only a heroin

6    addiction but a methamphetamine addiction, and he had used that

7    day.  But once he arrived at that house, we're not 100 percent

8    sure what happened between the time he arrived and when

9    Mr. Basco says he found him unconscious.

10        We do know there was drugs in the house that people were

11   using.  One witness at least said that they left because of that

12   reason, but they knew or had talked to Peyton, and Peyton was

13   going to meet up with them soon.  That was the last time they

14   ever saw him.

15        Mr. Basco tells us that he did find Peyton unconscious, and

16   at that point, he chose to act.  According to Mr. Basco, when he

17   finds Peyton unconscious, there were several things he chose not

18   to do.  He didn't call for help.  He didn't seek out 911 or

19   emergency services.  He didn't take Peyton to the hospital.

20        Peyton couldn't do any of these things for himself at that

21   time; he had no options.  Mr. Basco could.  He had those choices

22   in front of him.  He had the ability to seek help.  He

23   knew -- he had those options in front of him, and he had the

24   ability.

25        Instead, Tommy Basco decided to diagnose and treat Peyton

1       himself.  He decided to inject him with additional

2       methamphetamine -- with methamphetamine.  No 911, no police, no

3       doctors.  I can't say it any better than Peyton's mom, that what

4       he did showed no sympathy for Peyton and disregarded Peyton's

5       opportunities.

6              We don't know or can't completely understand exactly what

7       was going through his head at that time or his motivations.  But

8       based off statements to law enforcement, we know what his

9       motivations were after the fact.

10             We know that he determined that Peyton had died.  He didn't

11      call a medical expert to determine that.  Once he decided that

12      Peyton was dead, he acted.  Again, he didn't call or try and

13      contact family.  He didn't call any law enforcement or anyone

14      that could medically review the situation or determine for sure

15      there is nothing else that can be done.  Instead, his concern

16      was to avoid detection and avoid responsibility.

17             One of the statements he made after his arrest was he was

18      concerned that his son would find a dead body in his room.

19             These choices by Mr. Basco ensured that Peyton never had

20      another chance.  He didn't have a chance for treatment or to

21      walk out of that house.  It's for these reasons that the

22      government believes that the sentence proposed is appropriate.

23             But also, Your Honor, when you look at the 3553(a) factors,

24      I think it also supports the sentence in this case.  Though the

25      PSR shows that the defendant's addiction and childhood is

1    tragic, it also shows that he does not respect the law and has

2    not been deterred in the past.

3         Not only does Mr. Basco have multiple prior convictions,

4    but his most significant prior conviction is for possession with

5    intent to distribute.  Just 10 years ago, Mr. Basco stood in

6    front of a state court judge and was sentenced for this charge.

7    At that time, he was given an opportunity to receive treatment.

8    He was given an opportunity at probation.  And then, even when

9    he violated his probation, he was given a second chance.

10        While on probation, Mr. Basco was able to obtain a job, a

11   good-paying job.  He had enough success in that area that he was

12   able to open up his own business, despite his prior offense.

13   Mr. Basco was given these opportunities and given opportunities

14   to succeed.  He did not extend those same opportunities to

15   Peyton.  Unfortunately, Peyton's opportunity died in Mr. Basco's

16   house.

17        Your Honor, considering these factors, I do believe 120

18   months is appropriate in this case and would ask the court order

19   such.

20             THE COURT:  Mr. Ackley.

21             MR. ACKLEY:  May it please the court.

22        I'm representing Tommy Basco.  I'm his advocate, but I'm

23   also a human being and a father.  And, you know, I have never

24   been in the shoes of the wonderful people that are here today

25   that have spoken from their hearts.

1         And I hope that my comments about justice in this case and

2   truth and the seeking of truth do not offend.  Because I think

3   even with the knowledge that I have and the beliefs that I have

4   about justice and truth as a defense advocate, if I were in your

5   shoes, I would feel the same way.

6         I did not know Peyton Chambers.  I don't know if he would

7   even want me to say his name.  I'm not going to pretend that I

8   ever knew him.

9         When we investigated this case, we never spoke to you.  We

10  did, however, speak to I think every witness that had seen

11  Peyton in the 24 hours or so before his death.  And many of

12  these individuals were friends of your son, and many of them

13  felt the same way about Tommy that you've expressed today,

14  hatred.

15        I also had the opportunity to review private materials

16  regarding your son, medical records that talked about his

17  struggles with substances.  And that being said, I don't want

18  you to ever think that I know your son.  I do suspect, however,

19  that he was a different individual when he was free of

20  substances than when he was using substances; I suspect strongly

21  that.

22        And there is a parallel here.  You may not be able to get

23  your heart around it right now or your mind; I get that.  But

24  Tommy Basco also is a different individual when he is using

25  substances.

1          You know, methamphetamine steals lives.  Often, you know,

2     this court has commented on how reckless it is to use

3     methamphetamine and how it destroys lives.  But not often has

4     this court -- at least on this bench, I suspect -- had to deal

5     with the loss of life because of methamphetamine.  And I know

6     that the court's heart goes out to the family.

7          Trying to impose justice in what I think is an unjust world

8     would be very hard for anyone.  Good things happen to bad

9     people.  Bad things happen to good people.  This case is about

10    tragedy.  I never got to know Peyton.  It sounds like he had a

11    bright future, a good heart, a big heart.

12         For a long time, I didn't know Tommy Basco.  Even when I

13    first started representing him, I did not know him.  It's been

14    commented sometimes that, you know, he hasn't shown remorse.

15    And I get that.  It's hard to break through Tommy.  He has

16    created boundaries.

17         He has a lifelong struggle with methamphetamine as well.

18    His childhood was horrific, and it's not an excuse for anything.

19    The point is I'm not going to discuss that.  The court knows

20    about the sexual abuse and the physical abuse.  Maybe the family

21    doesn't; maybe it matters and maybe it doesn't matter.  The

22    point I'm trying to get to is that this individual, this human

23    being has demons that he has struggled with.  And I believe that

24    he has turned to substances and other psychological means of

25    dealing with that.  And sometimes his behavior or his appearance

1    can come off in a way that doesn't fairly reflect who he is.

2         Now, he failed to report a death, which was wrong and

3    callous.  And I have reviewed the sentencing hearing in the

4    state case where Tommy was charged, convicted, and sentenced for

5    failing to report that death.  And he received a 10-year

6    sentence.

7         And Judge Baskin, who sentenced Tommy, talked quite a bit

8    about the pending federal case and how she wasn't sentencing him

9    for that federal case.  However, in her findings, she found at

10   that time it was uncontested at that time that Tommy had

11   injected Peyton with a lethal dose of methamphetamine, causing

12   his death.  And at that time, Judge Baskin remarked that the two

13   cases are inextricably linked.

14        So when I got the case, the question was:  Did Tommy cause

15   that death?  And I'm no expert.  And you can't really take

16   solace on an emotional level from any kind of expertise or

17   science.  But our expert concluded, after speaking to all the

18   witnesses -- even witnesses who despised Tommy -- and after

19   looking at all the science and medical records, that Tommy Basco

20   did not cause Peyton's death.  As one of the friends of Peyton

21   remarked, "Tommy didn't kill Peyton.  Methamphetamine killed

22   Peyton."

23        Using methamphetamine is horribly reckless.  In some ways,

24   it's suicidal to use methamphetamine.  In some ways, it's

25   homicidal to use methamphetamine.  And but for the luck of this

1   universe, sometimes people live, sometimes people die tragically

2   because of the use of methamphetamine.  But Peyton Chambers did

3   not commit suicide, and Tommy Basco did not commit homicide.

4        There are some photographs that I want people to see, this

5   court, that show Tommy when he is not under the influence of

6   methamphetamine like he was that night.  When he was

7   extraordinarily selfish that night and not reporting the death,

8   he was not who he was capable of being.  He also was under the

9   influence of methamphetamine that night.  And he had loved ones.

10  He had sons and a daughter that he cared for and loved and had

11  full custody of.

12       I think nothing compares to the loss that Peyton's family

13  has experienced through this tragedy.  Tommy has not gotten off

14  scot-free.  He has lost parental rights of all his children, and

15  that was not something that he did voluntarily.  They were

16  involuntarily terminated when he was in custody awaiting his

17  trials on these cases.

18       Tommy has struggled to form relationships based on his own

19  background.  Tommy has struggled with methamphetamine.  And

20  Tommy has a difficult time expressing himself and showing his

21  vulnerabilities.

22       I wish that he could more effectively express his regret

23  and remorse for what happened.  I'm afraid that no matter what

24  he says or no matter how he looks or sits, there is a risk of

25  misperception.  And I don't want the family to experience that

1    any more than they have already felt.  And Tommy agrees with me,

2    so he is going to waive his right to an allocution.

3        Your Honor, this is not a typical resolution.  But I think

4    the court can rest assured that it knows the advocates before

5    the court today and that the government has zealously advocated

6    their position and that the defense has zealously advocated

7    their position, and they came together in candor.

8        I revealed quite a bit of our defense to the government in

9    the hopes that we could reach a resolution.  And I want the

10    family to know that I'm willing to open our files to the family

11    as well -- I spoke to Mr. Basco about that -- in case they ever

12    want to see some of the witness statements that I referenced

13    today at any time, in case they want to see some of the medical

14    reports that both sides had the opportunity to review, at any

15    time.

16        Your Honor, with all respect, I ask the court to follow the

17    recommendation of the parties.  Thank you.

18            THE COURT:  Thank you.

19        Mr. Basco, your attorney indicated you wish to waive your

20    right to allocute, but I want to confirm that for the record.

21    Is it correct, sir, that you do not wish to make a statement to

22    the court before I pronounce sentence?

23            THE DEFENDANT:  Yes, Your Honor, that's correct.

24            THE COURT:  All right.  I believe I asked, but I may

25    not have.  Mr. Ellsworth, you had moved for the third level for

1      acceptance of responsibility?

2            MR. ELLSWORTH:  Yes, Your Honor.

3            THE COURT:  I'll grant that motion.

4        The presentence report calculated the guideline range, but

5      it's really irrelevant given the parties' joint recommendation.

6      The guideline range doesn't really mean anything in this case

7      because it is clear that what is driving this case is, you know,

8      the difference between simply distributing drugs and

9      distributing drugs which results in death.  And that's a gap as

10     wide as the Grand Canyon.  It's just immense in this case.

11       The challenge, of course, is the government was faced with

12     a circumstance in which they had to deal -- you know, they can't

13     make up evidence.  They have to deal with the evidence that's

14     presented.

15       And they, apparently -- and that's borne out by the

16     presentence report -- there was going to be some fairly serious

17     issues about -- I'll use the word "causation," because of the

18     evidence that apparently the victim in this matter had -- well,

19     there had been other sources of methamphetamine other than

20     Mr. Basco, and that then created at least the potential that the

21     case could not be prosecuted successfully on that charge.

22       And that -- and for that reason, the plea agreement was

23     reached here, which allowed Mr. Basco to avoid the downside of

24     potentially facing a 20-year mandatory minimum.  But the other

25     downside for the government is that they would not be successful

1   in pursuing that claim, and the consequence would be a prison

2   sentence of a year or two based upon what the guidelines would

3   be just for distribution of methamphetamine.

4       And I think for that reason, I'll acknowledge the guideline

5   range is 15 to 21 months, but it's completely irrelevant given

6   the nature of the plea agreement in this case and the other

7   factors that I think bear upon this case and, frankly, the

8   uncertainty.

9       And I don't know that I'm offering this for the family of

10  the victim, but, you know, I have been a -- obviously, spent my

11  entire life, professional life, working in the courts; 30 years

12  now on the bench and 10 years before that as a trial attorney.

13  I do believe that our legal system is the best system yet,

14  including jury trials for determining facts and resolving

15  disputes.

16      But there are times when it is completely inadequate, like

17  every other human institution, to achieve ultimately the perfect

18  resolution.  It can't happen because we're imperfect.  We are

19  human beings, and we don't have the ability to find perfect

20  answers.  Therefore, we are left with a decidedly imperfect

21  resolution of a dispute.

22      I have indicated I'm accepting the parties' agreement.  It

23  was not without some struggle of my own mind.  But I fully

24  understand, I think, what the potential consequences were as our

25  system wrestled with and tried to achieve a just, perfect

resolution, that if we came up short, we would be left with a resolution which would seem to be completely unjust to one side or the other.  And it's just the nature of our system.

I can't offer any words of solace to the family that probably means anything except to indicate that the resolution here, I think, in a decidedly imperfect world is as good as our system can do.

And I don't think that, in making that statement, I fully understand the significance of your loss.  I fully understand that no decision this court can make is ever going to bring back your son, your brother, to you.  All we can do is do the best job we can in a decidedly imperfect situation and then hope that over -- that with the passage of time, your grief will be somewhat lessened through his memory and an understanding that a lot of people tried very, very hard to come up with a final result that would be just and fair, perhaps falling short in the process but at least making a very substantial effort in giving everything they had to try to find that just and fair result.

I think, given the -- I should point out that the court is required to impose a sentence which considers a number of statutory sentencing factors.  Included is the court's consideration of the nature and circumstances of the offense, setting forth what the defendant's history and characteristics are, and then providing an analysis of certain core sentencing concerns, specifically protecting society, deterring the

1    defendant and others from engaging in criminal conduct,

2    obtaining a just result.

3         So I'm going to very briefly summarize those as I think

4    they bear upon the court's decision to accept the parties' joint

5    recommendation and the binding plea agreement in this case.

6         Here, the charge was for distributing methamphetamine.

7    But, of course, there is a back story that is more substantial

8    than the charge itself, and that is what happened on October 25,

9    2016.

10        At that point, Mr. Basco injected methamphetamine into the

11   victim after he appeared to have overdosed and was unconscious.

12   The victim later died of a methamphetamine overdose.  His body

13   was moved to a vehicle and driven to a park, where he was left

14   and later discovered by law enforcement.

15        The other factor I alluded to was discussing Mr. Basco's

16   history and characteristics.  And I'm going to discuss that a

17   little bit only to provide some context to understand maybe the

18   true tragedy of this situation for all concerned.

19        Mr. Basco is 31 years old, raised in a chaotic and

20   drug-infested environment as a child, never had any relationship

21   with his father, as his father was imprisoned most of his

22   childhood; and as the defendant's father died shortly after the

23   father was released from prison, I think just a matter of weeks

24   after being released from prison.

25        Mr. Basco's childhood was chaotic, as I have suggested.

28

1    There were numerous men in and out of his variance residences,

2    where he was the victim of sexual, physical, and emotional

3    abuse.

4        He was placed into foster care at age 13 and separated from

5    his twin brother.  And even though he was again exposed to some

6    abuse while in foster care, he described this as being

7    exponentially better than living with his mother.

8        Despite the situation, he graduated from high school.  He

9    worked at oil fields in New Mexico before returning to Idaho.

10   He has had serious drug problems; in fact, I believe introduced

11   to methamphetamine by his own mother at age 12.

12       He was placed on probation at age 20 and, somewhat

13   miraculously, had maintained a mostly sober and stable lifestyle

14   for 7 years.  He has three children with three different women.

15   He has provided care for one of his ex-wife's sons.

16       He was involved in a serious car accident in 2013 and then

17   picked up an addiction to pain pills and heroin as a result of

18   those problems, which, of course, added to problems with

19   methamphetamine.

20       He tried to make a go of it in the business world, but his

21   concrete business failed in August of 2016.  He began then to

22   abuse methamphetamine daily until his arrest on this offense.

23       I hope that underscores why this tragedy becomes even more

24   so when you realize this -- well, the way in which these forces

25   and circumstances all came to bear on that tragic day in October

1    of 2016.

2          I don't have any real answer as to how the court can

3    fashion a sentence that is going to be truly just.  I have

4    already explained how I think our system sometimes just comes up

5    short.  We do the best job we can, but we can't provide true

6    justice because we don't have infinite knowledge.  We are not

7    omniscient.  We just do the best job we can.  I think that's

8    true for Mr. Ackley, it's true for Mr. Ellsworth, it's true for

9    the court.

10         What I do know is that 10 years is still a long prison

11   sentence.  It will be 10 years marked from today's date,

12   although it will run concurrent; and I understand the concern

13   expressed by Ms. Chambers that that is not adequate, but the

14   charge in the state court was really involved the same conduct

15   as this.  And so I think it's hard for me not to feel that

16   that's also just and appropriate to make the sentence run

17   concurrent.

18         It will not be wholly concurrent because it will start from

19   today's date, and he will have already been receiving credit, I

20   think, against the state court sentence, and is eligible for

21   parole on the state court sentence I think in five years,

22   probably four years now or thereabouts.

23         On a federal charge, there is no parole.  So, therefore,

24   when you're sentenced to 10 years, you do 10 years.  You can

25   earn what's called "good time credit," but at the most, that can

1      reduce your sentence by one-seventh.  And that's earned; There

2      is no right to it.  So that, I think, needs to be clear as well.

3            So after considering all of those factors, as I've stated

4      at the outset, I'm satisfied that this is a reasonable and just

5      sentence.  It's imperfect, decidedly imperfect, but I can't

6      conclude that it is an unjust sentence given all of the

7      circumstances, considering Mr. Basco's background, the

8      difficulty of pursuing this case to trial on the original

9      charge, and the other considerations the court is to take into

10     account under 18 U.S. Code 3553(a)(2).

11           So, Mr. Basco, if you'll stand, I'll --

12           Before I do that, Mr. Ackley, I assume you have reviewed

13     with your client the conditions of supervised release, and there

14     are no objections to those; is that correct?

15               MR. ACKLEY:  That's correct, Your Honor.

16               THE COURT:  All right.

17           Mr. Basco, if you'll stand, I'll pronounce sentence.

18           The defendant, Tommy Samuel Basco, having pled guilty to

19     Count 1 of the superseding information and the court being

20     satisfied that you are guilty as charged, I hereby order and

21     adjudge as follows:

22           Pursuant to the Sentencing Reform Act of 1984, it is the

23     judgment of the court that you be sentenced to the custody of

24     the Bureau of Prisons for a term of 120 months.  The sentence on

25     this case will run concurrent with your term of imprisonment

1      entered in the Ada County in the Fourth Judicial District

2      Case No. 01-16-357515.

3          It is further ordered that you pay to the United States a

4      special assessment of $100, which will be due immediately.

5          The court finds you do not have the ability to pay a fine.

6      Accordingly, the fine will be waived in this matter.

7          You will also be required to pay restitution in the amount

8      of -- Counsel, I apologize.  Do you have the number?  It's 4,000

9      or 7,000?

10             MR. ELLSWORTH:  $5,769.62.

11             THE COURT:  I was off on both scores.  $5,769.60?

12             MR. ELLSWORTH:  62 cents.

13             THE COURT:  62 cents.  All right.  I will order

14     restitution in that amount.  The restitution will be payable to

15     the victim identified in the presentence report.

16             MR. ELLSWORTH:  Your Honor, just to correct that,

17     payable to Allison Chambers.

18             THE COURT:  Okay.  So it's --

19             MR. ELLSWORTH:  It's not corrected --

20             THE COURT:  All right.  Is that stipulated?  I assume

21     there is no objection to that.

22             MR. ACKLEY:  We have no objection to that.

23             THE COURT:  It will be paid to Ms. Allison Chambers

24     rather than -- I think it was Chip Chambers, as I recall, that

25     was set forth in the presentence report.

32

1           MR. ELLSWORTH:  Yes, Your Honor.

2           THE COURT:  Those funds will be distributed -- will be

3   paid to the U.S. District Court here in the District of Idaho

4   for disbursement to Ms. Chambers.

5           After considering -- well, those monetary penalties will be

6   due and payable immediately.  After considering your financial

7   resources, however, I will order payments under the following

8   schedule unless modified by the court:

9           While in custody, you will submit nominal payments of not

10  less than $25 per quarter, pursuant to the Bureau of Prisons

11  Inmate Financial Responsibility Program.  And during the term of

12  supervised release, you will submit nominal monthly payments of

13  10 percent of your gross income but not less than $25 per month.

14          This does not preclude collection efforts under 18 U.S.

15  Code 3613.

16          Supervised release will be imposed -- give me just -- I'm

17  sorry, Counsel.  I do want to check one other thing.

18          Supervised release will be imposed for a term of three

19  years to commence at the time you are released from

20  incarceration.  Therefore, within 72 hours after your release

21  from incarceration, you will report to the district -- or to

22  the -- excuse me -- to the probation office in the district to

23  which you are released.

24          During the term of supervised release, you will comply with

25  all of the mandatory, standard, and special terms of supervised

1    release as was set forth in the court's sentencing

2    recommendation, Docket No. 46, and as will also be outlined in

3    the court's written judgment to be filed later in this

4    proceeding.

5        Do you have any questions about those conditions of

6    supervised release, Mr. Basco?

7            THE DEFENDANT:  No, Your Honor, I do not.

8            THE COURT:  You understand that if you violate any of

9    those conditions, you will be brought back before the court, and

10   a further sentence of imprisonment will be imposed?

11           THE DEFENDANT:  I do understand that.

12           THE COURT:  All right.  Typically, a defendant has the

13   right to appeal their conviction or sentence, but you did sign a

14   plea agreement which included a waiver of those rights with just

15   a few exceptions.  Such a waiver is generally enforceable, but

16   you may argue to the contrary.

17       Because you may wish to file an appeal to challenge the

18   waiver of your appeal rights or to appeal an issue which was not

19   waived by the terms of your plea agreement, I will advise you of

20   your appeal rights despite the waiver of those rights contained

21   in your plea agreement.

22       If you wish to pursue an appeal, you must file a notice of

23   appeal within 14 days after judgment is entered in your case.

24   If unable to pay the cost of an appeal, you may apply for leave

25   to appeal in forma pauperis.  If you so request and qualify, the

1    clerk of the court will arrange for legal representation and

2    will prepare and file a notice of appeal on your behalf.

3         I will recommend to the Bureau of Prisons that you receive

4    credit for any time served in federal custody.  I'll strongly

5    recommend that you be allowed to participate in the RDAP

6    substance abuse treatment program while incarcerated.

7         Mr. Ackley, is there a recommendation as to a place of

8    confinement?

9              MR. ACKLEY:  Yes, Your Honor.  The Sheridan facility

10   in Oregon.

11             THE COURT:  All right.  I'll recommend Sheridan,

12   Oregon.  I don't know whether that will work.  It's up to the

13   Bureau of Prisons.  The conviction itself would not disqualify

14   you, but the background might.  So I'll just -- I'll make the

15   recommendation to the Sheridan, Oregon facility and then leave

16   it to the Bureau of Prisons, through their classification

17   process, to determine what is an appropriate place of

18   confinement.

19        All right.  Mr. Metcalf, Mr. Hudson, Ms. Bracke, did I

20   overlook anything?

21             THE CLERK:  Your honor, will you waive the interest

22   requirement for the restitution?

23             THE COURT:  Normally, we do.

24        Mr. Ellsworth, Mr. Ackley, do you take a position on that?

25             MR. ELLSWORTH:  Your Honor, we're going to submit this

1    issue to the court.  If they normally waive it, we're not going

2    to object.

3              THE COURT:  Mr. Ackley.

4              MR. ACKLEY:  Your Honor, I would ask the court to

5    waive it.  He is indigent.  He has been in custody for two

6    years.  He is looking at up to another 10 years.  It's just

7    going to continue to accrue.  It is the standard practice, I

8    believe, to waive it under these circumstances.

9         It was something that was negotiated -- not the interest

10   issue but the restitution issue; it was something that we

11   believe we made a concession on.

12             THE COURT:  Well, let me -- sometimes we have to just

13   be realistic.  And I think the challenge of paying even the

14   principal amount is going to be a challenge given the defendant

15   being -- having already been incarcerated for almost two years,

16   quite likely, another ten years from now.  I think simply

17   getting the principal amount may be the best we can do.

18        Mr. Hudson, did you recommend one way or the other on that?

19   I don't recall.

20             THE PROBATION OFFICER:  I did not, Your Honor.

21             THE COURT:  All right.  I'll waive the interest

22   requirement.  It's as much a practical thing as just not -- you

23   know, there will be some amount collected while the defendant is

24   incarcerated through the Inmate Financial Responsibility

25   Program.  It will be very modest.  And then hopefully, as soon

1    as he is released, the balance will be paid.  Of course,

2    collection efforts could be undertaken in the meantime if there

3    are, in fact, assets available.

4         Mr. Hudson, did you have anything else that I overlooked?

5              THE PROBATION OFFICER:  No, Your Honor.

6              THE COURT:  Mr. Metcalf?

7         Anything else, Counsel?

8              MR. ELLSWORTH:  No, Your Honor.

9              MR. ACKLEY:  No, Your Honor.

10             THE COURT:  All right.  Before we adjourn, I wanted to

11   offer words that I know are completely inadequate.  My sympathy

12   for the family of the victim in this matter.  I hope, I trust

13   that Mr. Basco realizes the impact of his actions.  Obviously,

14   his life has also been forever changed, but it doesn't take the

15   fact that a life was lost here.  And that can't be brought back.

16        The only thing you can do is try to make sure that, from

17   this point moving forward, this will be the turning point in

18   your life for the better and that there won't be any more

19   victims out there, that you will take control of your life,

20   control your own drug addiction; and then hopefully come back

21   and try to contribute in some way to society -- not a way of

22   making up for any loss on the part of the victims, but at least

23   something you can do for society to provide some measure of

24   redemption.

25        So I do wish you the best of luck in that endeavor.

1    Because, certainly, the last thing anyone wants is for you to

2    come out of prison and go back to exactly the life you were in

3    before.  All anyone wants at this point is just to see that

4    change in your life so that we won't see any kind of recurrence

5    of these kind of events.

6         All right.  We'll be in recess.

7         (Proceedings concluded at 11:11 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5

6            I, Tamara Hohenleitner, Federal Official Realtime

7     Court Reporter, in and for the United States District Court for

8     the District of Idaho, do hereby certify that pursuant to

9     Section 753, Title 28, United States Code, that the foregoing

10    is a true and correct transcript of the stenographically

11    reported proceedings held in the above-entitled matter and that

12    the transcript page format is in conformance with the

13    regulations of the Judicial Conference of the United States.

14

15                            Dated this 13th day of November, 2018.

16

17

18                            /S/ TAMARA I. HOHENLEITNER
                              _____
19                            TAMARA I. HOHENLEITNER, CSR NO. 619, CRR
                              FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25

**$**

**$100** [2] - 15:6, 31:4
**$25** [2] - 32:10, 32:13
**$5,769.60** [1] - 31:11
**$5,769.62** [2] - 15:5, 31:10

**/**

**/S** [1] - 38:18

**0**

**01-16-357515** [1] - 31:2

**1**

**1** [3] - 3:8, 4:4, 30:19
**10** [9] - 3:17, 18:5, 25:12, 29:10, 29:11, 29:24, 32:13, 35:6
**10-year** [1] - 21:5
**100** [1] - 16:7
**1000** [1] - 1:19
**10:10** [1] - 1:11
**11(a** [1] - 3:25
**11(c)(1)(C** [1] - 3:13
**11:11** [1] - 37:7
**12** [1] - 28:11
**120** [3] - 15:1, 18:17, 30:24
**13** [1] - 28:4
**13th** [1] - 38:15
**14** [2] - 2:6, 33:23
**15** [1] - 25:5
**17-120** [1] - 3:4
**18** [3] - 2:6, 30:10, 32:14
**19** [1] - 10:18
**1984** [1] - 30:22
**1:17-cr-00120-BLW** [1] - 1:3

**2**

**20** [3] - 3:19, 12:15, 28:12
**20-year** [3] - 3:18, 3:20, 24:24
**2013** [1] - 28:16
**2016** [5] - 12:21, 15:8, 27:9, 28:21, 29:1
**2017** [2] - 7:16, 7:17
**2018** [4] - 1:11, 2:2, 3:2, 38:15
**21** [1] - 25:5
**23** [1] - 2:7

**24** [5] - 1:11, 2:2, 3:2, 12:21, 19:11
**25** [1] - 27:8
**28** [1] - 38:9

**3**

**3** [1] - 15:3
**30** [1] - 25:11
**31** [1] - 27:19
**3553(a** [1] - 17:23
**3553(a)(2)** [1] - 30:10
**3613** [1] - 32:15

**4**

**4,000** [1] - 31:8
**41** [2] - 5:8, 6:1
**46** [1] - 33:2

**5**

**550** [1] - 1:25

**6**

**600** [1] - 1:15
**619** [2] - 1:24, 38:19
**62** [2] - 31:12, 31:13

**7**

**7** [2] - 2:4, 28:14
**7,000** [1] - 31:9
**700** [4] - 10:3, 10:4, 10:6
**702** [1] - 1:19
**72** [1] - 32:20
**753** [1] - 38:9

**8**

**8** [1] - 2:5
**800** [1] - 1:15
**83702** [1] - 1:19
**83712-9903** [1] - 1:16
**83724** [1] - 1:25

**9**

**9** [1] - 2:5
**911** [3] - 13:1, 16:18, 17:2

**A**

**A-L-L-I-S-O-N** [1] - 9:20
**a.m** [1] - 37:7
**A.M** [1] - 1:11

**ability** [5] - 10:23, 16:22, 16:24, 25:19, 31:5
**able** [8] - 7:13, 7:15, 7:22, 10:5, 10:9, 18:10, 18:12, 19:22
**above-entitled** [1] - 38:11
**abuse** [6] - 20:20, 28:3, 28:6, 28:22, 34:6
**accept** [2] - 4:9, 27:4
**acceptable** [1] - 3:22
**acceptance** [1] - 24:1
**accepted** [1] - 3:25
**accepting** [1] - 25:22
**accident** [1] - 28:16
**accomplish** [1] - 15:12
**according** [1] - 16:16
**accordingly** [1] - 31:6
**account** [2] - 3:15, 30:10
**accrue** [1] - 35:7
**achieve** [2] - 25:17, 25:25
**ACKLEY** [9] - 4:16, 5:15, 6:11, 18:21, 30:15, 31:22, 34:9, 35:4, 36:9
**Ackley** [9] - 1:17, 4:14, 6:8, 18:20, 29:8, 30:12, 34:7, 34:24, 35:3
**acknowledge** [1] - 25:4
**Act** [1] - 30:22
**act** [1] - 16:16
**acted** [1] - 17:12
**actions** [3] - 12:21, 12:24, 36:13
**active** [1] - 11:9
**Ada** [1] - 31:1
**added** [2] - 6:9, 28:18
**addict's** [1] - 12:20
**addiction** [11] - 12:2, 12:19, 13:20, 15:16, 15:19, 16:6, 17:25, 28:17, 36:20
**addition** [1] - 4:2
**additional** [1] - 17:1
**address** [1] - 5:2
**addressed** [1] - 5:17
**adequate** [1] - 29:13
**adequately** [1] - 4:6
**adjourn** [1] - 36:10
**adjudge** [1] - 30:21

**admit** [1] - 5:12
**adopt** [1] - 4:18
**adults** [1] - 13:6
**adventure** [1] - 10:24
**advice** [1] - 9:2
**advise** [2] - 3:24, 33:19
**advocate** [2] - 18:22, 19:4
**advocated** [2] - 23:5, 23:6
**advocates** [1] - 23:4
**affected** [1] - 7:10
**afraid** [1] - 22:23
**age** [4] - 13:7, 28:4, 28:11, 28:12
**ago** [1] - 18:5
**agree** [1] - 6:11
**agreed** [4] - 3:14, 3:25, 4:5, 5:14
**agreed-upon** [3] - 3:14, 3:25, 4:5
**agreement** [25] - 3:12, 3:21, 4:2, 4:9, 5:6, 5:9, 5:10, 5:19, 5:21, 5:23, 5:24, 6:2, 6:5, 6:8, 6:15, 14:25, 15:7, 24:22, 25:6, 25:22, 27:5, 33:14, 33:19, 33:21
**agrees** [1] - 23:1
**aided** [1] - 15:19
**ain't** [1] - 9:16
**alive** [1] - 13:21
**Allison** [6] - 2:5, 6:20, 9:20, 15:5, 31:17, 31:23
**allocute** [1] - 23:20
**allocution** [1] - 23:2
**allowed** [2] - 24:23, 34:5
**alluded** [1] - 27:15
**almost** [2] - 13:14, 35:15
**alone** [1] - 13:16
**amazed** [1] - 10:22
**ambitions** [1] - 10:20
**amended** [1] - 6:15
**AMERICA** [1] - 1:3
**America** [1] - 3:4
**amount** [6] - 14:10, 31:7, 31:14, 35:14, 35:17, 35:23
**analysis** [1] - 26:24
**anew** [1] - 15:10
**anger** [1] - 9:8
**angry** [1] - 9:8
**anniversary** [1] - 10:2
**answer** [1] - 29:2

**answers** [1] - 25:20
**apologize** [3] - 5:12, 9:19, 31:8
**appeal** [10] - 33:13, 33:17, 33:18, 33:20, 33:22, 33:23, 33:24, 33:25, 34:2
**appearance** [1] - 20:25
**appeared** [1] - 27:11
**appetite** [1] - 7:14
**apply** [1] - 33:24
**appropriate** [4] - 17:22, 18:18, 29:16, 34:17
**April** [1] - 7:17
**area** [1] - 18:11
**argue** [1] - 33:16
**argument** [1] - 4:25
**arguments** [1] - 4:20
**arm** [1] - 12:25
**arms** [2] - 10:6, 11:8
**arrange** [1] - 34:1
**arrest** [2] - 17:17, 28:22
**arrived** [2] - 16:7, 16:8
**articulate** [1] - 10:23
**ass** [1] - 12:10
**assessment** [2] - 15:6, 31:4
**assets** [1] - 36:3
**associated** [1] - 11:22
**assume** [5] - 5:14, 12:1, 12:20, 30:12, 31:20
**assured** [1] - 23:4
**astounding** [1] - 10:25
**atmosphere** [1] - 15:18
**attached** [1] - 5:9
**attempt** [1] - 12:23
**attend** [1] - 7:8
**attorney** [2] - 23:19, 25:12
**ATTORNEY'S** [1] - 1:14
**August** [1] - 28:21
**available** [2] - 13:2, 36:3
**avoid** [3] - 17:16, 24:23
**awaiting** [1] - 22:16
**aware** [1] - 12:2
**awoken** [1] - 10:6

## B

**background** [4] - 4:10, 22:19, 30:7, 34:14
**bad** [4] - 7:11, 7:22, 20:8, 20:9
**bag** [1] - 15:9
**bags** [2] - 15:17, 15:22
**balance** [1] - 36:1
**ballroom** [1] - 11:12
**bargain** [2] - 13:19, 14:16
**Basco** [31] - 3:4, 3:8, 3:24, 4:11, 7:24, 16:9, 16:15, 16:16, 16:21, 16:25, 17:19, 18:3, 18:5, 18:10, 18:13, 18:22, 19:24, 20:12, 21:19, 22:3, 23:11, 23:19, 24:20, 24:23, 27:10, 27:19, 30:11, 30:17, 30:18, 33:6, 36:13
**BASCO** [1] - 1:6
**Basco's** [8] - 4:3, 13:11, 13:14, 16:1, 18:15, 27:15, 27:25, 30:7
**baseball** [2] - 7:8, 11:12
**based** [6] - 3:14, 13:19, 16:4, 17:8, 22:18, 25:2
**basketball** [1] - 7:8
**Baskin** [2] - 21:7, 21:12
**bear** [3] - 25:7, 27:4, 28:25
**beating** [1] - 13:24
**become** [1] - 7:20
**becomes** [1] - 28:23
**BEFORE** [1] - 1:10
**began** [2] - 11:3, 28:21
**begin** [1] - 7:4
**beginning** [2] - 10:18, 15:2
**behalf** [1] - 34:2
**behavior** [2] - 13:11, 20:25
**beings** [1] - 25:19
**beliefs** [1] - 19:3
**believes** [2] - 8:2, 17:22
**belongings** [2] - 12:17, 13:13
**beloved** [1] - 11:4
**bench** [2] - 20:4,

25:12
**benefit** [1] - 3:15
**best** [7] - 10:10, 25:13, 26:11, 29:5, 29:7, 35:17, 36:25
**better** [6] - 8:2, 9:16, 14:12, 17:3, 28:7, 36:18
**betting** [1] - 8:4
**between** [4] - 5:19, 14:17, 16:8, 24:8
**big** [1] - 20:11
**binding** [2] - 3:13, 27:5
**birth** [1] - 10:11
**bit** [3] - 21:7, 23:8, 27:17
**blow** [1] - 10:12
**Blvd** [1] - 1:15
**body** [6] - 11:1, 13:14, 13:15, 13:24, 17:18, 27:12
**BOISE** [2] - 1:11, 1:25
**Boise** [6] - 1:16, 1:19, 7:18, 11:22, 12:18, 15:9
**bone** [1] - 11:1
**books** [1] - 10:24
**born** [1] - 8:23
**borne** [1] - 24:15
**bound** [1] - 8:7
**boundaries** [1] - 20:16
**Bracke** [1] - 34:19
**brave** [1] - 10:25
**break** [1] - 20:15
**breath** [1] - 10:3
**breathing** [1] - 13:24
**briefly** [1] - 27:3
**bright** [1] - 20:11
**bring** [2] - 14:11, 26:10
**brings** [1] - 7:23
**brother** [5] - 8:20, 8:21, 26:11, 28:5
**brothers** [1] - 8:21
**brought** [2] - 33:9, 36:15
**Bryce** [1] - 1:13
**build** [1] - 9:8
**Bureau** [5] - 30:24, 32:10, 34:3, 34:13, 34:16
**business** [3] - 18:12, 28:20, 28:21

## C

**calculated** [2] -

13:17, 24:4
**callous** [2] - 13:12, 21:3
**camping** [1] - 11:9
**candles** [1] - 10:12
**candor** [1] - 23:7
**Canyon** [1] - 24:10
**capable** [1] - 22:8
**car** [9] - 12:4, 12:9, 12:10, 12:11, 12:16, 13:13, 13:16, 15:21, 28:16
**care** [5] - 8:24, 13:22, 28:4, 28:6, 28:15
**cared** [1] - 22:10
**carried** [1] - 3:17
**Case** [2] - 3:3, 31:2
**CASE** [1] - 1:3
**case** [26] - 3:12, 13:6, 15:1, 15:7, 16:4, 17:24, 18:18, 19:1, 19:9, 20:9, 21:4, 21:8, 21:9, 21:14, 23:11, 23:13, 24:6, 24:7, 24:10, 24:21, 25:6, 25:7, 27:5, 30:8, 30:25, 33:23
**cases** [2] - 21:13, 22:17
**catch** [1] - 5:13
**causation** [1] - 24:17
**causing** [1] - 21:11
**celebrate** [2] - 10:10, 10:12
**cents** [2] - 31:12, 31:13
**certain** [1] - 26:24
**certainly** [1] - 37:1
**CERTIFICATE** [1] - 38:1
**certify** [1] - 38:8
**challenge** [4] - 24:11, 33:17, 35:13, 35:14
**Chambers** [14] - 6:19, 6:20, 7:3, 8:13, 15:5, 15:8, 19:6, 22:2, 29:13, 31:17, 31:23, 31:24, 32:4
**CHAMBERS** [5] - 7:2, 8:13, 8:16, 8:18, 9:20
**Chambers.....** [2] - 2:4, 2:5
**Chambers......** [1] - 2:5
**chance** [6] - 4:11, 5:11, 9:23, 17:20, 18:9

**change** [7] - 5:4, 5:5, 5:13, 8:1, 8:3, 15:23, 37:4
**changed** [1] - 36:14
**chaotic** [2] - 27:19, 27:25
**character** [1] - 11:4
**characteristics** [2] - 26:23, 27:16
**charge** [8] - 3:16, 18:6, 24:21, 27:6, 27:8, 29:14, 29:23, 30:9
**charged** [2] - 21:4, 30:20
**charges** [1] - 14:17
**Charles** [3] - 2:4, 7:3, 15:8
**CHARLES** [1] - 7:2
**check** [1] - 32:17
**child** [8] - 9:23, 10:3, 10:4, 13:5, 13:9, 13:21, 14:11, 27:20
**child's** [1] - 13:24
**childhood** [5] - 11:11, 17:25, 20:18, 27:22, 27:25
**children** [3] - 10:21, 22:14, 28:14
**Chip** [2] - 6:19, 31:24
**choice** [1] - 15:22
**choices** [2] - 16:21, 17:19
**chose** [2] - 16:16, 16:17
**chosen** [1] - 11:24
**Christmases** [1] - 10:9
**circumstance** [1] - 24:12
**circumstances** [5] - 3:22, 26:22, 28:25, 30:7, 35:8
**City** [2] - 12:5, 12:17
**claim** [1] - 25:1
**classification** [1] - 34:16
**clean** [1] - 12:13
**clear** [3] - 16:5, 24:7, 30:2
**clerk** [1] - 34:1
**CLERK** [2] - 3:3, 34:21
**client** [2] - 4:15, 30:13
**closet** [1] - 7:13
**Code** [3] - 30:10, 32:15, 38:9
**cold** [1] - 13:11
**collected** [1] - 35:23

**collection** [2] - 32:14, 36:2
**coming** [1] - 15:7
**commence** [1] - 32:19
**commented** [2] - 20:2, 20:14
**comments** [2] - 2:7, 19:11
**commit** [1] - 22:3
**committed** [1] - 4:7
**common** [1] - 12:20
**compares** [1] - 22:12
**competitive** [1] - 11:12
**complete** [1] - 11:25
**completely** [5] - 17:6, 25:5, 25:16, 26:2, 36:11
**completion** [1] - 15:4
**comply** [1] - 32:24
**computer** [1] - 1:22
**concern** [4] - 12:22, 14:7, 17:15, 29:12
**concerned** [2] - 17:18, 27:18
**concerns** [1] - 26:25
**concession** [1] - 35:11
**conclude** [1] - 30:6
**concluded** [2] - 21:17, 37:7
**concrete** [1] - 28:21
**concurrent** [6] - 14:18, 15:1, 29:12, 29:17, 29:18, 30:25
**conditions** [4] - 5:25, 30:13, 33:5, 33:9
**conduct** [2] - 27:1, 29:14
**Conference** [1] - 38:13
**confinement** [2] - 34:8, 34:18
**confirm** [3] - 4:10, 4:14, 23:20
**conformance** [1] - 38:12
**consecutive** [1] - 14:19
**consequence** [1] - 25:1
**consequences** [2] - 12:24, 25:24
**consideration** [1] - 26:22
**considerations** [1] - 30:9
**considering** [5] - 18:17, 30:3, 30:7,

32:5, 32:6
**considers** [1] - 26:20
**constant** [1] - 7:11
**contact** [1] - 17:13
**contained** [2] - 4:2, 33:20
**context** [1] - 27:17
**continue** [1] - 35:7
**contrary** [1] - 33:16
**contribute** [1] - 36:21
**control** [2] - 36:19, 36:20
**convenient** [1] - 6:23
**conversation** [1] - 12:15
**convicted** [1] - 21:4
**conviction** [4] - 15:2, 18:4, 33:13, 34:13
**convictions** [1] - 18:3
**core** [1] - 26:24
**correct** [10] - 5:1, 5:9, 5:15, 5:22, 23:21, 23:23, 30:14, 30:15, 31:16, 38:10
**corrected** [1] - 31:19
**cost** [2] - 11:20, 33:24
**Counsel** [5] - 3:6, 4:20, 31:8, 32:17, 36:7
**counsel** [2] - 3:11, 5:5
**Count** [3] - 3:8, 4:4, 30:19
**County** [1] - 31:1
**coupled** [1] - 4:5
**course** [5] - 11:13, 24:11, 27:7, 28:18, 36:1
**court** [41] - 3:3, 3:9, 3:10, 3:13, 4:1, 4:23, 5:7, 5:11, 6:4, 6:6, 8:15, 14:2, 14:23, 14:24, 18:6, 18:18, 18:21, 20:2, 20:4, 20:19, 22:5, 23:4, 23:5, 23:16, 23:22, 26:10, 26:19, 29:2, 29:9, 29:14, 29:20, 29:21, 30:9, 30:19, 30:23, 31:5, 32:8, 33:9, 34:1, 35:1, 35:4
**Court** [3] - 32:3, 38:7
**COURT** [38] - 1:1, 1:24, 3:6, 3:20, 4:14, 4:17, 5:3, 5:12, 6:7, 6:14, 6:21, 7:1, 8:11, 8:14, 8:17, 9:18,

14:22, 18:20, 23:18, 23:24, 24:3, 30:16, 31:11, 31:13, 31:18, 31:20, 31:23, 32:2, 33:8, 33:12, 34:11, 34:23, 35:3, 35:12, 35:21, 36:6, 36:10, 38:19
**court's** [5] - 20:6, 26:21, 27:4, 33:1, 33:3
**Court's** [1] - 2:7
**courtroom** [1] - 9:25
**courts** [2] - 14:19, 25:11
**created** [2] - 20:16, 24:20
**credit** [3] - 29:19, 29:25, 34:4
**crime** [2] - 4:7, 7:2
**criminal** [1] - 27:1
**Criminal** [1] - 3:3
**crowd** [1] - 11:22
**CRR** [2] - 1:24, 38:19
**crushing** [1] - 7:4
**crying** [2] - 7:13, 10:4
**CSR** [2] - 1:24, 38:19
**custody** [6] - 22:11, 22:16, 30:23, 32:9, 34:4, 35:5
**cut** [1] - 9:22

# D

**dad** [1] - 8:22
**daily** [1] - 28:22
**dance** [1] - 11:13
**date** [3] - 15:2, 29:11, 29:19
**Dated** [1] - 38:15
**daughter** [2] - 8:8, 22:10
**Dawn** [1] - 1:18
**days** [7] - 10:3, 10:4, 10:5, 10:6, 12:15, 13:14, 33:23
**dead** [2] - 17:12, 17:18
**deal** [3] - 20:4, 24:12, 24:13
**dealing** [1] - 20:25
**death** [10] - 11:23, 13:10, 19:11, 21:2, 21:5, 21:12, 21:15, 21:20, 22:7, 24:9
**decided** [3] - 16:25, 17:1, 17:11
**decidedly** [4] - 25:20, 26:6, 26:12,

30:5
**decision** [2] - 26:10, 27:4
**deeper** [1] - 11:3
**defendant** [13] - 3:16, 5:17, 5:20, 6:3, 12:23, 14:25, 15:3, 27:1, 30:18, 33:12, 35:14, 35:23
**Defendant** [1] - 1:7
**DEFENDANT** [3] - 1:17, 4:13, 23:23, 33:7, 33:11
**defendant's** [3] - 17:25, 26:23, 27:22
**DEFENDER** [1] - 1:18
**defense** [6] - 5:5, 5:14, 6:16, 19:4, 23:6, 23:8
**Defense**.................
[1] - 2:6
**definition** [1] - 33:17
**demons** [1] - 20:23
**deplorable** [1] - 13:18
**depressed** [2] - 7:20, 12:1
**described** [1] - 28:6
**despised** [1] - 21:18
**despite** [4] - 11:23, 18:12, 28:8, 33:20
**destroys** [1] - 20:3
**detection** [1] - 17:16
**determine** [3] - 17:11, 17:14, 34:17
**determined** [2] - 12:4, 17:10
**determining** [1] - 25:14
**deterred** [1] - 18:2
**deterring** [1] - 26:25
**diagnose** [1] - 16:25
**die** [1] - 22:1
**died** [7] - 7:12, 7:15, 13:22, 17:10, 18:15, 27:12, 27:22
**difference** [1] - 24:8
**different** [4] - 9:6, 19:19, 19:24, 28:14
**difficult** [2] - 11:24, 22:20
**difficulty** [1] - 30:8
**disbursement** [1] - 32:4
**discovered** [2] - 16:4, 27:14
**discuss** [2] - 20:19, 27:16
**discussed** [1] -

15:13
**discussing** [1] - 27:15
**dismiss** [2] - 4:3, 4:8
**dismissing** [1] - 3:16
**dispute** [1] - 25:21
**disputes** [1] - 25:15
**disqualify** [1] - 34:13
**disregarded** [1] - 17:4
**distribute** [1] - 18:5
**distributed** [1] - 32:2
**distributing** [3] - 24:8, 24:9, 27:6
**distribution** [1] - 25:3
**district** [2] - 32:21, 32:22
**District** [5] - 31:1, 32:3, 38:7, 38:8
**DISTRICT** [2] - 1:1, 1:2
**Docket** [1] - 33:2
**doctors** [1] - 17:3
**Document** [2] - 5:8, 6:1
**done** [4] - 9:10, 10:10, 14:7, 17:15
**dose** [1] - 21:11
**down** [1] - 9:22
**downside** [2] - 24:23, 24:25
**dreams** [2] - 7:11, 10:20
**dreamt** [1] - 7:6
**drew** [1] - 8:8
**drive** [1] - 12:5
**driven** [1] - 27:13
**driving** [1] - 24:7
**drop** [1] - 13:1
**drug** [3] - 27:20, 28:10, 36:20
**drug-infested** [1] - 27:20
**drugs** [4] - 13:16, 16:10, 24:8, 24:9
**due** [2] - 31:4, 32:6
**during** [3] - 12:12, 32:11, 32:24

# E

**earn** [1] - 29:25
**earned** [1] - 30:1
**easier** [1] - 10:17
**easily** [1] - 11:15
**easy** [1] - 14:15
**eat** [3] - 7:13, 9:5, 9:6
**ECF** [2] - 5:8, 6:1
**edited** [1] - 6:2

**edits** [2] - 5:22, 5:23
**effectively** [1] - 22:22
**effort** [1] - 26:17
**efforts** [2] - 32:14, 36:2
**either** [1] - 6:21
**eligible** [1] - 29:20
**Ellsworth** [7] - 1:13, 4:24, 6:10, 14:22, 23:25, 29:8, 34:24
**ELLSWORTH** [15] - 3:19, 5:1, 5:4, 5:16, 6:17, 6:24, 14:23, 24:2, 31:10, 31:12, 31:16, 31:19, 32:1, 34:25, 36:8
**emergency** [1] - 16:19
**emotional** [2] - 21:16, 28:2
**employment** [1] - 7:19
**empty** [1] - 10:8
**end** [3] - 9:23, 10:7, 12:3
**endeavor** [1] - 36:25
**ended** [1] - 12:21
**enforceable** [1] - 33:15
**enforcement** [3] - 17:8, 17:13, 27:14
**engaging** [1] - 27:1
**ensured** [1] - 17:19
**entered** [3] - 3:8, 31:1, 33:23
**entire** [1] - 25:11
**entitled** [1] - 38:11
**environment** [1] - 27:20
**essentially** [1] - 5:18
**events** [1] - 37:5
**evidence** [3] - 24:13, 24:18
**evidenced** [1] - 11:16
**evidences** [1] - 11:3
**ex** [1] - 28:15
**ex-wife's** [1] - 28:15
**exactly** [2] - 17:6, 37:2
**except** [1] - 26:5
**exceptions** [1] - 33:15
**excuse** [2] - 20:18, 32:22
**exemplified** [1] - 14:3
**exonerate** [1] - 13:4
**experience** [1] -

22:25
**experienced** [1] - 22:13
**expert** [3] - 17:11, 21:15, 21:17
**expertise** [1] - 21:16
**explained** [2] - 12:8, 29:4
**exponentially** [1] - 28:7
**exposed** [1] - 28:5
**express** [1] - 22:22
**expressed** [2] - 19:13, 29:13
**expressing** [1] - 22:20
**extend** [1] - 18:14
**extraordinarily** [1] - 22:7

## F

**face** [1] - 14:6
**faced** [1] - 24:11
**facility** [2] - 34:9, 34:15
**facing** [2] - 12:24, 24:24
**fact** [7] - 11:24, 13:21, 14:7, 17:9, 28:10, 36:3, 36:15
**factor** [1] - 27:15
**factors** [5] - 17:23, 18:17, 25:7, 26:21, 30:3
**facts** [1] - 25:14
**failed** [2] - 21:2, 28:21
**failing** [1] - 21:5
**fair** [2] - 26:16, 26:18
**fairly** [2] - 21:1, 24:16
**falling** [1] - 26:16
**family** [14] - 12:18, 14:5, 14:20, 15:13, 17:13, 20:6, 20:20, 22:12, 22:25, 23:10, 25:9, 26:4, 36:12
**fashion** [1] - 29:3
**father** [7] - 7:22, 12:18, 18:23, 27:21, 27:22, 27:23
**fear** [1] - 12:24
**FEDERAL** [3] - 1:18, 1:24, 38:19
**federal** [5] - 14:17, 21:8, 21:9, 29:23, 34:4
**Federal** [1] - 38:6
**felt** [4] - 9:23, 11:8,

19:13, 23:1
**few** [1] - 33:15
**fields** [1] - 28:9
**figure** [1] - 8:9
**file** [3] - 33:17, 33:22, 34:2
**filed** [6] - 4:17, 5:8, 6:1, 6:5, 6:12, 33:3
**files** [1] - 23:10
**filing** [1] - 5:14
**filled** [1] - 11:11
**final** [2] - 5:23, 26:15
**financial** [1] - 32:6
**Financial** [2] - 32:11, 35:24
**findings** [2] - 4:19, 21:9
**fine** [2] - 31:5, 31:6
**first** [3] - 7:11, 8:14, 20:13
**fishing** [2] - 7:7, 11:10
**five** [1] - 29:21
**fixed** [1] - 15:21
**Florida** [1] - 7:7
**follow** [1] - 23:16
**following** [1] - 32:7
**follows** [1] - 30:21
**football** [1] - 7:8
**FOR** [2] - 1:13, 1:17
**forces** [1] - 28:24
**foregoing** [1] - 38:9
**forever** [1] - 36:14
**forget** [1] - 11:7
**form** [1] - 22:18
**forma** [1] - 33:25
**formally** [1] - 5:23
**format** [1] - 38:12
**FORT** [1] - 1:25
**forth** [5] - 3:22, 5:19, 26:23, 31:25, 33:1
**forward** [3] - 15:12, 15:23, 36:17
**foster** [2] - 28:4, 28:6
**four** [1] - 29:22
**Fourth** [1] - 31:1
**frankly** [1] - 25:7
**free** [2] - 19:19, 22:14
**friend** [3] - 11:14, 11:19
**friends** [3] - 11:11, 19:12, 21:20
**friendships** [1] - 11:15
**front** [3] - 16:22, 16:23, 18:6
**full** [3] - 8:20, 13:5, 22:11

**fully** [3] - 25:23, 26:8, 26:9
**funds** [1] - 32:2
**future** [1] - 20:11

## G

**gainful** [1] - 7:19
**games** [2] - 7:8, 8:25
**gap** [1] - 24:9
**generally** [1] - 33:15
**genuine** [1] - 11:4
**get-go** [1] - 10:25
**gift** [1] - 10:9
**girl** [1] - 15:25
**given** [11] - 14:16, 18:7, 18:8, 18:9, 18:13, 24:5, 25:5, 26:19, 30:6, 35:14
**goals** [3] - 15:12, 15:13
**good-paying** [1] - 18:11
**goodbye** [4] - 12:18, 15:22, 15:25, 16:2
**government** [11] - 5:8, 5:22, 6:1, 6:18, 14:24, 15:6, 17:22, 23:5, 23:8, 24:11, 24:25
**government's** [1] - 4:8
**Government..........** .... [1] - 2:6
**graduate** [1] - 15:11
**graduated** [1] - 28:8
**Grand** [1] - 24:10
**grant** [3] - 4:7, 6:14, 24:3
**greatly** [1] - 11:15
**grew** [1] - 11:3
**grief** [2] - 7:4, 26:13
**gross** [1] - 32:13
**Group** [1] - 1:15
**grow** [1] - 10:19
**guideline** [4] - 3:15, 24:4, 24:6, 25:4
**guidelines** [1] - 25:2
**guilty** [4] - 3:8, 4:4, 30:18, 30:20
**guys** [1] - 9:16

## H

**half** [2] - 8:21
**handwritten** [1] - 5:22
**hard** [5] - 12:11, 20:8, 20:15, 26:15, 29:15

**hardly** [1] - 9:6
**hatred** [1] - 19:14
**head** [1] - 17:7
**hear** [3] - 3:3, 4:20, 10:13
**heard** [1] - 15:14
**hearing** [4] - 5:5, 10:4, 21:3
**heart** [6] - 8:19, 13:24, 19:23, 20:6, 20:11
**hearts** [1] - 18:25
**held** [2] - 10:14, 38:11
**help** [4] - 8:15, 11:21, 16:18, 16:22
**hereby** [1] - 30:20, 38:8
**heroin** [3] - 15:15, 16:5, 28:17
**high** [3] - 12:20, 15:11, 28:8
**highly** [1] - 11:16
**hiking** [1] - 11:10
**himself** [7] - 9:24, 11:22, 11:25, 13:4, 16:20, 17:1, 22:20
**history** [2] - 26:23, 27:16
**Hohenleitner** [1] - 38:6
**HOHENLEITNER** [3] - 1:24, 38:18, 38:19
**homicidal** [1] - 21:25
**homicide** [1] - 22:3
**honestly** [1] - 11:25
**Honor** [29] - 3:19, 4:13, 4:16, 5:1, 5:4, 5:15, 5:18, 6:11, 6:17, 6:18, 14:24, 15:7, 17:23, 18:17, 23:3, 23:16, 23:23, 24:2, 30:15, 31:16, 32:1, 33:7, 34:9, 34:25, 35:4, 35:20, 36:5, 36:8, 36:9
**honor** [1] - 34:21
**HONORABLE** [1] - 1:10
**hope** [4] - 19:1, 26:12, 28:3, 36:12
**hopefully** [1] - 35:25, 36:20
**hopes** [2] - 7:25, 23:9
**horribly** [1] - 21:23
**horrific** [1] - 20:18
**hospital** [2] - 13:1, 16:19
**hours** [2] - 19:11,

32:20
**house** [6] - 13:14, 16:1, 16:7, 16:10, 17:21, 18:16
**Hudson** [1] - 34:19, 35:18, 36:4
**hug** [2] - 10:6, 11:7
**human** [5] - 12:22, 18:23, 20:22, 25:17, 25:19
**humor** [1] - 11:5

## I

**ID** [2] - 1:16, 1:19
**Idaho** [4] - 1:19, 28:9, 32:3, 38:8
**IDAHO** [4] - 1:2, 1:11, 1:18, 1:25
**identified** [1] - 31:15
**immediately** [2] - 31:4, 32:6
**immense** [1] - 24:10
**impact** [2] - 4:23, 36:13
**Impact** [3] - 2:4, 2:5, 2:5
**impacted** [2] - 7:3, 9:13
**imperfect** [6] - 25:18, 25:20, 26:6, 26:12, 30:5
**implore** [1] - 14:18
**important** [1] - 11:18
**impose** [1] - 20:7, 26:20
**imposed** [4] - 4:1, 32:16, 32:18, 33:10
**imprisoned** [1] - 27:21
**imprisonment** [2] - 30:25, 33:10
**inadequate** [2] - 25:16, 36:11
**INC** [1] - 1:18
**incarcerated** [3] - 34:6, 35:15, 35:24
**incarceration** [2] - 32:20, 32:21
**include** [1] - 4:24
**included** [3] - 6:5, 26:21, 33:14
**including** [1] - 25:14
**income** [1] - 32:13
**indicate** [1] - 26:5
**indicated** [2] - 23:19, 25:22
**indictment** [3] - 3:16, 4:3, 4:8
**indigent** [1] - 35:5

individual [4] - 12:19, 19:19, 19:24, 20:22
individuals [2] - 4:22, 19:12
inextricably [1] - 21:13
infested [1] - 27:20
infinite [1] - 29:6
influence [2] - 22:5, 22:9
influences [1] - 15:18
information [4] - 3:9, 4:4, 16:4, 30:19
inject [1] - 17:1
injected [4] - 12:25, 13:23, 21:11, 27:10
Inmate [2] - 32:11, 35:24
inside [1] - 9:8
instead [2] - 16:25, 17:15
institution [1] - 25:17
intelligence [1] - 10:23
intelligent [1] - 13:6
intent [1] - 18:5
interest [3] - 34:21, 35:9, 35:21
intimidate [1] - 11:2
introduced [1] - 28:10
investigated [1] - 19:9
investigation [2] - 3:10, 14:2
involuntarily [1] - 22:16
involve [1] - 11:25
involved [2] - 28:16, 29:14
irrelevant [2] - 24:5, 25:5
issue [5] - 5:2, 33:18, 35:1, 35:10
issues [1] - 24:17
items [1] - 6:4
itself [2] - 27:8, 34:13
IV [1] - 1:15

**J**

James [1] - 1:17
job [6] - 7:16, 18:10, 18:11, 26:12, 29:5, 29:7
joint [2] - 24:5, 27:4

Judge [2] - 21:7, 21:12
judge [1] - 18:6
judgment [3] - 30:23, 33:3, 33:23
Judicial [2] - 31:1, 38:13
jury [1] - 25:14
justice [4] - 19:1, 19:4, 20:7, 29:6
Justin [1] - 1:14

**K**

K-E-L-T-O-N [1] - 8:16
Kelton [3] - 2:5, 6:19, 8:13
KELTON [3] - 8:13, 8:16, 8:18
kept [1] - 13:14
kill [2] - 8:8, 21:21
killed [1] - 21:21
killer [1] - 8:5
kind [6] - 11:7, 11:14, 14:4, 21:16, 37:4, 37:5
kindness [1] - 11:5
knowing [1] - 10:11
knowledge [2] - 19:3, 29:6
knows [3] - 9:8, 20:19, 23:4

**L**

lacrosse [1] - 11:12
Lake [2] - 12:5, 12:17
last [10] - 10:3, 10:11, 12:12, 12:19, 12:20, 13:9, 14:2, 15:24, 16:13, 37:1
law [4] - 17:8, 17:13, 18:1, 27:14
least [8] - 3:17, 14:19, 14:20, 16:11, 20:4, 24:20, 26:17, 36:22
leave [6] - 12:6, 15:9, 15:17, 16:2, 33:24, 34:15
leaving [1] - 11:22
lectern [1] - 6:23
left [7] - 10:15, 15:24, 16:3, 16:11, 25:20, 26:1, 27:13
legal [2] - 25:13, 34:1
lengthy [1] - 10:24
less [5] - 10:17, 11:22, 12:15, 32:10,

32:13
lessened [1] - 26:14
lethal [1] - 21:11
level [2] - 21:16, 23:25
liability [1] - 13:3
life [22] - 7:3, 8:1, 8:25, 9:14, 10:18, 10:20, 11:6, 12:21, 13:8, 13:9, 14:8, 20:5, 25:11, 36:14, 36:15, 36:18, 36:19, 37:2, 37:4
lifeline [1] - 10:15
lifelong [1] - 20:17
lifestyle [2] - 28:13
light [1] - 12:2
likely [1] - 35:16
linked [1] - 21:13
listen [1] - 9:25
live [6] - 8:25, 9:5, 10:18, 10:19, 12:5, 22:1
lives [3] - 9:11, 20:1, 20:3
living [1] - 28:7
longboarding [1] - 11:13
look [2] - 13:15, 17:23
looking [4] - 15:12, 15:23, 21:19, 35:6
looks [1] - 22:24
loss [4] - 20:5, 22:12, 26:9, 36:22
lost [5] - 7:16, 10:15, 14:12, 22:14, 36:15
love [4] - 10:5, 10:20, 10:24, 11:8
loved [5] - 11:9, 13:10, 22:9, 22:10
loyalty [2] - 11:5, 11:16
luck [2] - 21:25, 36:25
LYNN [1] - 1:10

**M**

main [1] - 15:16
maintained [1] - 28:13
man [3] - 9:1, 10:19, 13:25
mandatory [3] - 3:17, 24:24, 32:25
manifest [1] - 11:3
March [1] - 7:16
Mark [1] - 1:17
mark [1] - 10:2

marked [1] - 29:11
material [2] - 12:7, 12:12
materials [1] - 19:15
matter [12] - 4:19, 8:7, 11:20, 13:21, 20:21, 22:23, 22:24, 24:18, 27:23, 31:6, 36:12, 38:11
mattered [1] - 12:7
matters [1] - 20:21
mean [1] - 24:6
means [2] - 20:24, 26:5
meant [1] - 11:19
meantime [1] - 36:2
measure [1] - 36:23
mechanic [1] - 12:16
mechanical [1] - 1:21
medical [4] - 17:11, 19:16, 21:19, 23:13
medically [1] - 17:14
meet [2] - 10:20, 16:13
Melissa [1] - 1:18
memories [1] - 7:18
memorize [1] - 10:24
memory [2] - 10:14, 26:14
men [1] - 28:1
mentally [1] - 7:10
mercy [1] - 14:1
message [1] - 12:8
Metcalf [2] - 34:19, 36:6
meth [1] - 13:20
methamphetamine [24] - 16:6, 17:2, 20:1, 20:3, 20:5, 20:17, 21:11, 21:21, 21:23, 21:24, 21:25, 22:2, 22:6, 22:9, 22:19, 24:19, 25:3, 27:6, 27:10, 27:12, 28:11, 28:19, 28:22
methamphetamines [1] - 12:25
Mexico [1] - 28:9
microphone [2] - 6:22, 6:25
middle [1] - 7:12
might [3] - 3:17, 11:20, 34:14
mind [2] - 19:23, 25:23
minimum [1] - 24:24
miraculously [1] - 28:13
misperception [1] -

22:25
miss [1] - 10:17
modest [1] - 35:25
modified [1] - 32:8
mom [2] - 8:22, 17:3
Mom [2] - 10:13, 12:9
moment [1] - 3:7
moments [1] - 13:9
MONDAY [1] - 1:11
monetary [1] - 32:5
money [1] - 12:4
monster [1] - 8:5
monsters [1] - 7:23
month [3] - 10:2, 11:23, 32:13
monthly [1] - 32:12
months [5] - 7:11, 15:1, 18:18, 25:5, 30:24
morning [1] - 3:6
most [4] - 6:23, 18:4, 27:21, 29:25
mostly [1] - 28:13
mother [2] - 28:7, 28:11
motion [5] - 4:8, 5:8, 6:9, 6:16, 24:3
motivations [2] - 17:7, 17:9
moved [3] - 7:17, 23:25, 27:13
moving [1] - 36:17
MR [28] - 3:19, 4:16, 5:1, 5:4, 5:15, 5:16, 6:11, 6:17, 6:24, 7:2, 8:13, 8:16, 8:18, 14:23, 18:21, 24:2, 30:15, 31:10, 31:12, 31:16, 31:19, 31:22, 32:1, 34:9, 34:25, 35:4, 36:8, 36:9
MS [1] - 9:20
multiple [2] - 5:20, 18:3
must [1] - 33:22

**N**

name [4] - 8:12, 8:14, 9:19, 19:7
nature [3] - 25:6, 26:3, 26:22
necessary [1] - 6:7
necessity [1] - 11:21
need [4] - 6:8, 9:2, 10:1, 11:21
needs [1] - 30:2
negotiated [1] - 35:9
negotiation [1] -

5:19
**never** [15] - 7:5, 7:7, 7:8, 8:3, 9:11, 10:11, 10:13, 10:16, 14:13, 16:3, 17:19, 18:23, 19:9, 20:10, 27:20
**new** [2] - 15:20, 15:23
**New** [4] - 28:9
**night** [4] - 7:12, 22:6, 22:7, 22:9
**nightmare** [1] - 10:7
**NO** [2] - 1:3, 38:19
**nominal** [2] - 32:9, 32:12
**normally** [2] - 34:23, 35:1
**nothing** [6] - 11:1, 13:2, 13:17, 14:18, 17:15, 22:12
**notice** [2] - 33:22, 34:2
**November** [1] - 38:15
**number** [2] - 26:20, 31:8
**numerous** [1] - 28:1

## O

**object** [1] - 35:2
**objection** [2] - 31:21, 31:22
**objections** [2] - 4:17, 30:14
**obtain** [1] - 18:10
**obtaining** [1] - 27:2
**obviously** [2] - 25:10, 36:13
**ocean** [1] - 11:10
**October** [4] - 12:21, 15:8, 27:8, 28:25
**OF** [5] - 1:2, 1:3, 1:10, 1:18, 38:1
**offend** [1] - 19:2
**offense** [3] - 18:12, 26:22, 28:22
**offer** [4] - 4:22, 14:1, 26:4, 36:11
**offered** [1] - 11:25
**offering** [1] - 25:9
**OFFICE** [1] - 1:14
**office** [1] - 32:22
**OFFICER** [2] - 35:20, 36:5
**OFFICIAL** [3] - 1:24, 38:1, 38:19
**Official** [1] - 38:6
**often** [2] - 20:1, 20:3
**oil** [1] - 28:9

**old** [3] - 10:18, 10:22, 27:19
**older** [1] - 5:24
**omniscient** [1] - 29:7
**once** [2] - 16:7, 17:11
**one** [20] - 3:6, 5:2, 8:21, 9:1, 10:2, 12:1, 12:19, 12:20, 13:10, 15:16, 15:24, 16:11, 17:17, 21:20, 26:2, 28:15, 30:1, 32:17, 35:18
**one-seventh** [1] - 30:1
**ones** [1] - 22:9
**open** [2] - 18:12, 23:10
**opinion** [1] - 13:18
**opportunities** [4] - 17:5, 18:13, 18:14
**opportunity** [6] - 15:23, 18:7, 18:8, 18:15, 19:15, 23:14
**options** [3] - 13:1, 16:21, 16:23
**order** [6] - 12:4, 15:3, 18:18, 30:20, 31:13, 32:7
**ordered** [3] - 3:9, 15:5, 31:3
**Oregon** [5] - 7:7, 7:17, 34:10, 34:12, 34:15
**original** [5] - 4:3, 4:8, 5:9, 6:2, 30:8
**originally** [1] - 6:2
**outdoors** [1] - 11:9
**outgoing** [1] - 10:25
**outlined** [1] - 33:2
**outlook** [1] - 8:1
**outset** [1] - 30:4
**overdose** [1] - 27:12
**overdosed** [2] - 13:16, 27:11
**overlook** [1] - 34:20
**overlooked** [1] - 36:4
**overwhelming** [1] - 7:4
**own** [8] - 4:19, 10:21, 12:24, 18:12, 22:18, 25:23, 28:11, 36:20

## P

**packed** [4] - 12:17, 15:9, 15:17, 15:21
**Page** [1] - 2:3
**page** [1] - 38:12
**paid** [3] - 31:23,

32:3, 36:1
**pain** [2] - 10:16, 28:17
**painful** [1] - 14:14
**parallel** [1] - 19:22
**parental** [1] - 22:14
**Park** [1] - 1:15
**park** [1] - 27:13
**parole** [2] - 29:21, 29:23
**part** [8] - 4:24, 7:25, 10:16, 13:20, 14:1, 14:13, 14:16, 36:22
**participate** [1] - 34:5
**particular** [1] - 7:16
**parties** [4] - 4:5, 5:10, 5:20, 23:17
**parties'** [3] - 24:5, 25:22, 27:4
**passage** [1] - 26:13
**past** [1] - 18:2
**pauperis** [1] - 33:25
**pay** [5] - 14:14, 31:3, 31:5, 31:7, 33:24
**payable** [3] - 31:14, 31:17, 32:6
**paying** [2] - 18:11, 35:13
**payments** [3] - 32:7, 32:9, 32:12
**peace** [2] - 9:7, 13:9
**penalties** [1] - 32:5
**pending** [1] - 21:8
**people** [9] - 7:20, 16:10, 18:24, 20:9, 22:1, 22:4, 26:15
**per** [2] - 32:10, 32:13
**percent** [2] - 16:7, 32:13
**perfect** [3] - 25:17, 25:19, 25:25
**perhaps** [1] - 26:16
**permission** [1] - 5:22
**person** [5] - 8:2, 8:23, 9:6, 9:8, 9:15
**personal** [1] - 12:9
**Peyton** [37] - 7:6, 7:12, 7:13, 7:15, 7:18, 7:23, 8:20, 10:22, 11:14, 11:16, 11:21, 13:2, 15:8, 15:16, 15:24, 16:1, 16:5, 16:12, 16:15, 16:17, 16:19, 16:20, 16:25, 17:4, 17:10, 17:12, 17:19, 18:15, 19:6, 19:11, 20:10, 21:11, 21:20, 21:21, 21:22, 22:2
**Peyton's** [6] - 12:25,

17:3, 17:4, 18:15, 21:20, 22:12
**photographs** [1] - 22:4
**physical** [2] - 20:20, 28:2
**physically** [1] - 7:10
**pick** [2] - 9:16, 12:5
**picked** [2] - 12:15, 28:17
**pills** [1] - 28:17
**place** [2] - 34:7, 34:17
**placed** [2] - 28:4, 28:12
**plaintiff** [1] - 1:4
**PLAINTIFF** [1] - 1:13
**plan** [1] - 12:3
**planned** [1] - 9:11
**play** [1] - 8:25
**playing** [1] - 11:11
**Plaza** [1] - 1:15
**plea** [25] - 3:8, 3:12, 3:21, 4:2, 4:4, 4:9, 5:4, 5:5, 5:6, 5:9, 5:19, 5:21, 5:23, 5:24, 6:2, 6:5, 6:15, 13:19, 14:16, 14:25, 15:7, 24:22, 25:6, 27:5, 33:14, 33:19, 33:21
**pled** [1] - 30:18
**point** [11] - 12:8, 13:2, 14:2, 16:16, 20:19, 20:22, 26:19, 27:10, 36:17, 37:3
**pointed** [1] - 5:6
**police** [1] - 17:2
**position** [3] - 23:6, 23:7, 34:24
**possession** [1] - 18:4
**potential** [2] - 24:20, 25:24
**potentially** [1] - 24:24
**practical** [1] - 35:22
**practice** [1] - 35:7
**preclude** [1] - 32:14
**preparation** [1] - 15:21
**prepare** [1] - 34:2
**prepared** [4] - 6:24, 9:21, 15:9, 15:17
**prepping** [1] - 16:4
**present** [2] - 4:21, 6:18
**presentation** [1] - 4:25
**presented** [1] - 24:14
**presentence** [9] -

3:9, 3:23, 4:11, 4:18, 24:4, 24:16, 31:15, 31:25
**preservation** [1] - 12:23
**pretend** [1] - 19:7
**price** [1] - 14:14
**principal** [2] - 35:14, 35:17
**prison** [7] - 3:18, 3:20, 25:1, 27:23, 27:24, 29:10, 37:2
**Prisons** [5] - 30:24, 32:10, 34:3, 34:13, 34:16
**private** [1] - 19:15
**probation** [5] - 18:8, 18:9, 18:10, 28:12, 32:22
**PROBATION** [2] - 35:20, 36:5
**problems** [2] - 28:10, 28:18
**proceeded** [1] - 13:15
**proceeding** [1] - 33:4
**PROCEEDINGS** [1] - 1:10
**Proceedings** [2] - 1:21, 37:7
**proceedings** [3] - 2:3, 14:3, 38:11
**proceeds** [1] - 5:17
**process** [4] - 5:18, 7:14, 26:17, 34:17
**produced** [1] - 1:22
**professional** [1] - 25:11
**Program** [2] - 32:11, 35:25
**program** [1] - 34:6
**pronounce** [2] - 23:22, 30:17
**properly** [4] - 6:9, 6:12, 7:14
**proposed** [1] - 17:22
**prosecuted** [1] - 24:21
**protect** [1] - 7:22
**protecting** [1] - 26:25
**prove** [3] - 8:6, 13:23
**provide** [3] - 27:17, 29:5, 36:23
**provided** [2] - 3:10, 28:15
**providing** [1] - 26:24
**provisions** [1] - 6:8
**PSR** [1] - 17:25

**psychological** [1] - 20:24

**purpose** [1] - 6:25
**pursuant** [6] - 3:13, 3:24, 14:25, 30:22, 32:10, 38:8
**pursue** [1] - 33:22
**pursuing** [2] - 25:1, 30:8
**put** [1] - 10:9

## Q

**qualify** [1] - 33:25
**quarter** [1] - 32:10
**questioned** [1] - 12:7
**questions** [1] - 33:5
**quite** [3] - 21:7, 23:8, 35:16
**quote** [1] - 12:9

## R

**raised** [1] - 27:19
**ran** [1] - 14:18
**range** [4] - 3:15, 24:4, 24:6, 25:5
**ransacked** [1] - 13:13
**rather** [5] - 8:19, 12:5, 12:22, 12:25, 31:24
**RDAP** [1] - 34:5
**reach** [1] - 23:9
**reached** [1] - 24:23
**read** [2] - 6:4, 6:13
**ready** [1] - 15:10
**real** [1] - 29:2
**realistic** [1] - 35:13
**realize** [1] - 28:24
**realizes** [1] - 36:13
**really** [6] - 8:7, 11:19, 21:15, 24:5, 24:6, 29:14
**Realtime** [1] - 38:6
**reason** [4] - 6:12, 16:12, 24:22, 25:4
**reasonable** [1] - 30:4
**reasons** [2] - 15:16, 17:21
**receive** [3] - 15:1, 18:7, 34:3
**received** [1] - 21:5
**receiving** [1] - 29:19
**recent** [1] - 15:11
**recess** [1] - 37:6
**reckless** [2] - 20:2, 21:23
**recognized** [1] - 11:21

**recommend** [5] - 4:6, 34:3, 34:5, 34:11, 35:18
**recommendation** [7] - 3:23, 23:17, 24:5, 27:5, 33:2, 34:7, 34:15
**recommendations** - 4:21
**Recommendations** [2] - 2:6, 2:6
**record** [4] - 6:4, 6:13, 8:12, 23:20
**recorded** [1] - 1:21
**records** [2] - 19:16, 21:19
**recurrence** [1] - 37:4
**redeem** [1] - 8:9
**redemption** [1] - 36:24
**reduce** [1] - 30:1
**referenced** [1] - 23:12
**reflect** [1] - 21:1
**reflected** [2] - 6:9, 6:12
**reflects** [1] - 4:6
**Reform** [1] - 30:22
**regarding** [1] - 19:16
**regret** [2] - 7:5, 22:22
**regulations** [1] - 38:13
**relationship** [1] - 27:20
**relationships** [2] - 11:17, 22:18
**release** [9] - 15:4, 30:13, 32:12, 32:16, 32:18, 32:20, 32:24, 33:1, 33:6
**released** [5] - 27:23, 27:24, 32:19, 32:23, 36:1
**relocate** [1] - 13:15
**remains** [1] - 13:21
**remarked** [2] - 21:12, 21:21
**reminder** [2] - 12:11, 12:13
**remorse** [6] - 7:5, 8:3, 13:11, 14:3, 20:14, 22:23
**repair** [1] - 12:4
**report** [13] - 3:10, 3:23, 4:12, 4:15, 4:18, 4:19, 21:2, 21:5, 24:4, 24:16, 31:15, 31:25, 32:21
**reported** [1] - 38:11
**REPORTER** [3] -

1:24, 38:1, 38:19
**Reporter** [1] - 38:7
**reporter** [1] - 8:15
**reporting** [1] - 22:7
**reports** [1] - 23:14
**representation** [1] - 34:1
**representing** [2] - 18:22, 20:13
**request** [2] - 6:15, 33:25
**requested** [1] - 6:15
**required** [2] - 26:20, 31:7
**requirement** [2] - 34:22, 35:22
**residences** [1] - 28:1
**resolution** [7] - 23:3, 23:9, 25:18, 25:21, 26:1, 26:2, 26:5
**resolving** [1] - 25:14
**resources** [1] - 32:7
**respect** [2] - 18:1, 23:16
**Responsibility** [2] - 32:11, 35:24
**responsibility** [2] - 17:16, 24:1
**rest** [3] - 8:2, 9:11, 23:4
**restitution** [6] - 15:5, 31:7, 31:14, 34:22, 35:10
**result** [4] - 26:16, 26:18, 27:2, 28:17
**results** [1] - 24:9
**returning** [1] - 28:9
**revealed** [1] - 23:8
**reverted** [1] - 5:24
**review** [4] - 4:11, 17:14, 19:15, 23:14
**reviewed** [3] - 3:21, 21:3, 30:12
**rightly** [1] - 5:6
**rights** [5] - 22:14, 33:14, 33:18, 33:20
**risk** [1] - 22:24
**room** [2] - 13:5, 17:18
**Rule** [2] - 3:13, 3:25
**run** [4] - 14:19, 29:12, 29:16, 30:25

## S

**Salt** [2] - 12:5, 12:17
**Samuel** [2] - 3:4, 30:18
**SAMUEL** [1] - 1:6
**satisfied** [2] - 30:4,

30:20
**save** [2] - 13:5, 13:7
**saw** [2] - 12:2, 16:14
**scare** [1] - 11:1
**schedule** [1] - 32:8
**school** [2] - 15:11, 28:8
**science** [2] - 21:17, 21:19
**scientifically** [1] - 13:22
**scores** [1] - 31:11
**scot** [1] - 22:14
**scot-free** [1] - 22:14
**scouts** [1] - 11:13
**seat** [1] - 10:8
**second** [1] - 18:9
**Section** [1] - 38:9
**see** [7] - 8:10, 10:13, 22:4, 23:12, 23:13, 37:3, 37:4
**seek** [2] - 16:18, 16:22
**seeking** [1] - 19:2
**seem** [1] - 26:2
**self** [2] - 12:2, 12:23
**self-aware** [1] - 12:2
**self-preservation** [1] - 12:23
**selfish** [1] - 22:7
**sentence** [25] - 3:14, 3:18, 3:20, 3:25, 4:5, 14:8, 14:25, 17:22, 17:24, 21:6, 23:22, 25:2, 26:20, 29:3, 29:11, 29:16, 29:20, 29:21, 30:1, 30:5, 30:6, 30:17, 30:24, 33:10, 33:13
**sentenced** [5] - 18:6, 21:4, 21:7, 29:24, 30:23
**sentences** [1] - 14:19
**SENTENCING** [1] - 1:4
**Sentencing** [1] - 30:22
**sentencing** [8] - 3:5, 3:23, 9:16, 21:3, 21:8, 26:21, 26:24, 33:11
**Sentencing..............** [1] - 2:7
**separated** [1] - 28:4
**SEPTEMBER** [2] - 1:11, 2:2
**September** [1] - 3:2
**serious** [3] - 24:16, 28:10, 28:16
**seriousness** [1] - 4:7

**serve** [1] - 15:3
**served** [1] - 34:4
**services** [1] - 16:19
**SERVICES** [1] - 1:18
**set** [4] - 3:22, 13:15, 31:25, 33:1
**setting** [1] - 26:23
**seventh** [1] - 30:1
**several** [2] - 9:22, 16:17
**sexual** [2] - 20:20, 28:2
**Sheridan** [3] - 34:9, 34:11, 34:15
**shit** [1] - 9:16
**shoes** [2] - 18:24, 19:5
**short** [6] - 13:2, 13:17, 14:8, 26:1, 26:16, 29:5
**shorten** [1] - 9:22
**shortest** [1] - 8:8
**shortly** [1] - 27:22
**show** [2] - 13:11, 22:5
**showed** [1] - 17:4
**showing** [1] - 22:20
**shown** [1] - 20:14
**shows** [2] - 17:25, 18:1
**shy** [1] - 11:1
**sibling** [1] - 8:22
**sickened** [1] - 14:7
**side** [1] - 26:2
**sides** [1] - 23:14
**sign** [1] - 33:13
**signed** [4] - 5:10, 5:20, 6:2, 6:3
**significance** [1] - 26:9
**significant** [1] - 18:4
**simply** [2] - 24:8, 35:16
**single** [1] - 10:14
**sisters** [1] - 8:21
**sit** [1] - 9:25
**sits** [1] - 22:24
**situation** [5] - 12:2, 17:14, 26:12, 27:18, 28:8
**six** [1] - 7:11
**sleep** [3] - 7:10, 9:5, 9:6
**smile** [1] - 10:13
**smirk** [1] - 14:6
**sober** [1] - 28:13
**soccer** [1] - 11:12
**society** [3] - 26:25, 36:21, 36:23

**solace** [2] - 21:16, 26:4

**someone** [1] - 13:8

**sometimes** [6] - 20:14, 20:25, 22:1, 29:4, 35:12

**somewhat** [2] - 26:14, 28:12

**son** [11] - 7:2, 7:6, 7:23, 8:8, 13:16, 13:20, 17:18, 19:12, 19:16, 19:18, 26:11

**son's** [2] - 12:21, 13:10, 13:13

**sons** [2] - 22:10, 28:15

**soon** [3] - 12:17, 16:13, 35:25

**sorry** [1] - 32:17

**sorry's** [1] - 14:10

**sort** [1] - 14:3

**sound** [1] - 7:13

**sounds** [1] - 20:10

**sources** [1] - 24:19

**speaking** [1] - 21:17

**special** [3] - 15:6, 31:4, 32:25

**specifically** [1] - 26:25

**spell** [2] - 8:14, 9:19

**spent** [3] - 10:3, 11:10, 25:10

**spoken** [1] - 18:25

**sports** [1] - 11:11

**stable** [1] - 28:13

**stand** [2] - 30:11, 30:17

**standard** [2] - 32:25, 35:7

**start** [3] - 15:10, 15:20, 29:18

**started** [1] - 20:13

**state** [8] - 8:12, 14:17, 15:1, 18:6, 21:4, 29:14, 29:20, 29:21

**Statement** [3] - 2:4, 2:5, 2:5

**statement** [3] - 9:21, 23:21, 26:8

**statements** [6] - 4:23, 13:4, 13:20, 17:8, 17:17, 23:12

**STATES** [2] - 1:1, 1:3

**States** [5] - 3:4, 31:3, 38:7, 38:9, 38:13

**statutory** [1] - 26:21

**Ste** [2] - 1:15, 1:19

**steals** [1] - 20:1

**stenographically** [1]

- 38:10

**stenography** [1] - 1:21

**step** [1] - 6:21

**still** [2] - 8:5, 29:10

**stipulated** [3] - 4:6, 6:16, 31:20

**stood** [1] - 18:5

**stop** [2] - 12:19, 15:24

**stopped** [1] - 16:2

**story** [1] - 27:7

**straw** [1] - 8:8

**Street** [1] - 1:19

**STREET** [1] - 1:25

**strongly** [1] - 19:20, 34:4

**struggle** [2] - 20:17, 25:23

**struggled** [3] - 20:23, 22:18, 22:19

**struggles** [1] - 19:17

**stuff** [1] - 12:7

**submit** [3] - 32:9, 32:12, 34:25

**submitted** [2] - 5:6, 6:10

**substance** [1] - 34:6

**substances** [5] - 19:17, 19:20, 19:25, 20:24

**substantial** [2] - 26:17, 27:7

**succeed** [1] - 18:14

**success** [1] - 18:11

**successful** [1] - 24:25

**successfully** [1] - 24:21

**suffering** [1] - 15:15

**suggested** [1] - 27:25

**suicidal** [1] - 21:24

**suicide** [1] - 22:3

**summarize** [1] - 27:3

**superseding** [3] - 3:9, 4:4, 30:19

**supervised** [8] - 15:4, 30:13, 32:12, 32:16, 32:18, 32:24, 32:25, 33:6

**supports** [1] - 17:24

**suspect** [3] - 19:18, 19:20, 20:4

**swim** [1] - 11:12

**sympathy** [2] - 17:4, 36:11

**system** [6] - 25:13, 25:25, 26:3, 26:7, 29:4

**T**

**table** [1] - 10:8

**Tahoe** [2] - 12:10, 12:11

**TAMARA** [3] - 1:24, 38:18, 38:19

**Tamara** [1] - 38:6

**taught** [2] - 8:24, 8:25

**team** [1] - 11:12

**ten** [1] - 35:16

**term** [5] - 30:24, 30:25, 32:11, 32:18, 32:24

**terminated** [1] - 22:16

**terms** [2] - 32:25, 33:19

**testimony** [1] - 6:19

**text** [1] - 12:8

**Thanksgivings** [1] - 10:8

**THE** [44] - 1:10, 3:3, 3:6, 3:20, 4:13, 4:14, 4:17, 5:3, 5:12, 6:7, 6:14, 6:21, 7:1, 8:11, 8:14, 8:17, 9:18, 14:22, 18:20, 23:18, 23:23, 23:24, 24:3, 30:16, 31:11, 31:13, 31:18, 31:20, 31:23, 32:2, 33:7, 33:8, 33:11, 33:12, 34:11, 34:21, 34:23, 35:3, 35:12, 35:20, 35:21, 36:5, 36:6, 36:10

**thereabouts** [1] - 29:22

**therefore** [6] - 3:24, 4:7, 4:18, 25:20, 29:23, 32:20

**third** [1] - 23:25

**thoughtfulness** [1] - 11:5

**thoughts** [1] - 10:23

**three** [5] - 4:22, 5:10, 28:14, 32:18

**tight** [1] - 10:6

**Title** [1] - 38:9

**today** [8] - 8:5, 9:21, 10:2, 15:1, 18:24, 19:13, 23:5, 23:13

**today's** [3] - 15:2, 29:11, 29:19

**together** [3] - 7:9, 12:4, 23:7

**Tommy** [22] - 3:4, 16:25, 18:22, 19:13, 19:24, 20:12, 20:15,

21:4, 21:7, 21:10, 21:14, 21:18, 21:19, 21:21, 22:3, 22:5, 22:13, 22:18, 22:19, 22:20, 23:1, 30:18

**TOMMY** [1] - 1:6

**took** [2] - 8:24, 10:3

**total** [1] - 11:25

**totally** [1] - 9:6

**town** [2] - 15:25, 16:2

**traded** [1] - 12:10

**tragedy** [4] - 20:10, 22:13, 27:18, 28:23

**tragic** [2] - 18:1, 28:25

**tragically** [1] - 22:1

**TRANSCRIPT** [1] - 1:10

**transcript** [3] - 1:21, 38:10, 38:12

**treasured** [1] - 11:16

**treat** [1] - 16:25

**treatment** [3] - 17:20, 18:7, 34:6

**tree** [1] - 10:10

**trial** [3] - 16:5, 25:12, 30:8

**trials** [2] - 22:17, 25:14

**tried** [4] - 13:4, 25:25, 26:15, 28:20

**trouble** [1] - 7:19

**true** [6] - 27:18, 29:5, 29:8, 38:10

**truly** [2] - 11:8, 29:3

**trust** [2] - 4:12, 36:12

**truth** [3] - 19:2, 19:4

**try** [6] - 8:10, 15:22, 17:12, 26:18, 36:16, 36:21

**trying** [5] - 13:5, 15:12, 15:17, 20:7, 20:22

**tunnel** [1] - 12:3

**turned** [1] - 20:24

**turning** [1] - 36:17

**twin** [1] - 28:5

**two** [13] - 5:25, 6:4, 6:8, 10:2, 10:8, 10:9, 10:11, 10:22, 13:14, 21:12, 25:2, 35:5, 35:15

**two-year** [1] - 10:2

**typical** [1] - 23:3

**typically** [1] - 33:12

**U**

**U.S** [3] - 30:10, 32:3,

32:14

**ultimately** [2] - 5:20, 25:17

**unable** [1] - 33:24

**uncertainty** [1] - 25:8

**unconscious** [4] - 16:9, 16:15, 16:17, 27:11

**uncontested** [1] - 21:10

**under** [9] - 3:22, 10:9, 15:18, 22:5, 22:8, 30:10, 32:7, 32:14, 35:8

**underscores** [1] - 28:23

**undertaken** [1] - 36:2

**unfortunately** [4] - 15:15, 15:24, 16:3, 18:15

**unique** [1] - 11:4

**United** [5] - 3:4, 31:3, 38:7, 38:9, 38:13

**UNITED** [2] - 1:1, 1:3

**universe** [1] - 22:1

**unjust** [3] - 20:7, 26:2, 30:6

**unless** [1] - 32:8

**up** [14] - 7:12, 12:5, 12:15, 13:15, 16:13, 18:12, 24:13, 26:1, 26:15, 28:17, 29:4, 34:12, 35:6, 36:22

**US** [1] - 1:14

**V**

**vacations** [1] - 7:7

**value** [1] - 13:8

**valued** [1] - 11:15

**variance** [1] - 28:1

**vehicle** [1] - 27:13

**version** [1] - 5:21

**Victim** [3] - 2:4, 2:5, 2:5

**victim** [10] - 4:23, 6:18, 6:19, 24:18, 25:10, 27:11, 27:12, 28:2, 31:15, 36:12

**victims** [2] - 36:19, 36:22

**violate** [1] - 33:8

**violated** [1] - 18:9

**voice** [1] - 10:4

**voluntarily** [1] - 22:15

**vs** [2] - 1:5, 3:4

**vulnerabilities** [1] -

22:21

## W

**waive** [7] - 23:2, 23:19, 34:21, 35:1, 35:5, 35:8, 35:21
**waived** [2] - 31:6, 33:19
**waiver** [4] - 33:14, 33:15, 33:18, 33:20
**wake** [1] - 7:12
**walk** [1] - 17:21
**wants** [3] - 14:1, 37:1, 37:3
**warm** [1] - 11:5
**Washington** [1] - 1:15
**watch** [1] - 10:19
**ways** [2] - 21:23, 21:24
**weaseled** [1] - 13:19
**weeks** [1] - 27:23
**WEST** [1] - 1:25
**Whatcott** [1] - 1:14
**wholly** [1] - 29:18
**wide** [1] - 24:10
**wife's** [1] - 28:15
**willing** [1] - 23:10
**Winberg** [1] - 1:18
**WINMILL** [1] - 1:10
**wisdom** [1] - 11:5
**wish** [9] - 9:10, 9:15, 10:12, 22:22, 23:19, 23:21, 33:17, 33:22, 36:25
**witness** [4] - 6:19, 16:11, 19:10, 23:12
**witnesses** [2] - 21:18
**women** [1] - 28:14
**wonderful** [1] - 18:24
**word** [1] - 24:17
**words** [2] - 26:4, 36:11
**works** [1] - 6:22
**world** [4] - 7:23, 20:7, 26:6, 28:20
**worldly** [1] - 13:13
**wrap** [1] - 10:6
**wrapped** [1] - 11:8
**wrestled** [1] - 25:25
**write** [1] - 8:18
**written** [2] - 6:16, 33:3

## Y

**year** [3] - 10:2, 12:13, 25:2
**years** [21] - 3:19,

10:11, 10:18, 10:22, 15:3, 18:5, 25:11, 25:12, 27:19, 28:14, 29:10, 29:11, 29:21, 29:22, 29:24, 32:19, 35:6, 35:15, 35:16
**yourself** [1] - 8:9

## Z

**zealously** [2] - 23:5, 23:6