UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY SAMUEL BASCO,<br><br>Defendant. | Case No. 1:17-cr-120-BLW<br><br>**ORDER** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to disclose presentence report (docket no. 53) is GRANTED, and a copy of the Presentence Investigation Report filed in this matter on September 10, 2018 (Dkt. 45) may be released to Ada County prosecutor Brett Judd and Idaho District Judge Nancy Baskin.

DATED: March 26, 2019

B. Lynn Winmill
United States District Judge